**Revance Therapeutics, Inc. (RVNC)**                                                  **Cassandra Matney**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 3/18/2024 | 50 | $5.3000 |
| Purchase/Acquisition | 8/2/2024 | 10 | $3.3800 |
| Purchase/Acquisition | 10/31/2024 | 4 | $5.9200 |