UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CASSANDRA MATNEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>REVANCE THERAPEUTICS, INC., MARK J. FOLEY, and TOBIN C. SCHILKE,<br><br>Defendants. | Civil Action No. 3:25-cv-0018<br><br>CLASS ACTION<br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffrey S. Frensley |

**MOTION OF THE INSTITUTIONAL INVESTORS FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**

The Arbitrage Fund, AltShares Merger Arbitrage ETF, AltShares Event-Driven ETF, and iMGP Alternative Strategies Fund (collectively, the "Water Island Funds"), and Chicago Capital Management, LP ("Chicago Capital," and together with the Water Island Funds, the "Institutional Investors") respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an order: (1) appointing the Institutional Investors as Lead Plaintiff; (2) approving their selection of Entwistle & Cappucci LLP ("Entwistle & Cappucci") and Saxena White P.A. ("Saxena White") as Lead Counsel and Stranch, Jennings & Garvey, PLLC ("SJ&G") as Liaison Counsel for the Class; and (3) granting any further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that the Institutional Investors believe they are the "most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, the Institutional Investors believe they have the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $7,598,721 in losses, as calculated on a last-in, first-out basis, that they incurred on their purchases of securities of Revance Therapeutics, Inc. between February 29, 2024 and December 6, 2024, inclusive. The Institutional Investors also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims

---

[1] Due to the statutory nature of the PSLRA's lead plaintiff application process and deadline, it was not possible for the Institutional Investors to comply with Local Rule 7.01(a)(1)'s requirement to confer with counsel for opposing movants before filing the instant Motion because the identity of any such movants was not known. Accordingly, the Institutional Investors respectfully request relief from the requirement. *See Franchi v. SmileDirectClub, Inc.*, No. 3:19-cv-962, 2020 WL 6479561, at *2 (M.D. Tenn. Jan. 27, 2020) (waiving the requirement to comply with Local Rule 7.01(a)(1) at the lead plaintiff stage of a securities class action because, before the deadline to move for appointment, "[i]t is neither possible for a movant to know whom to contact for a conference nor to resolve the motion without court involvement").

1

and because they will fairly and adequately represent the interests of the Class. Moreover, the Institutional Investors are a paradigmatic Lead Plaintiff under the PSLRA because they are sophisticated institutional investors with a substantial financial stake in the litigation, which guarantees effective monitoring and supervision of counsel.

The Institutional Investors respectfully request oral argument.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of J. Gerard Stranch IV and exhibits annexed thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Institutional Investors respectfully request that the Court: (1) appoint them as Lead Plaintiff; (2) approve their selection of Entwistle & Cappucci and Saxena White as Lead Counsel and SJ&G as Liaison Counsel for the Class; and (3) grant any further relief as the Court may deem just and proper.

Dated: March 4, 2025

Respectfully submitted,

**STRANCH, JENNINGS & GARVEY PLLC**

By: */s/ J. Gerard Stranch IV*
J. Gerard Stranch IV, BPR 23045
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com

*Liaison Counsel for Proposed Lead Plaintiff the Institutional Investors and Proposed Liaison Counsel for the Class*

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci (*pro hac vice* forthcoming)
Robert N. Cappucci (*pro hac vice* forthcoming)

2

Brendan J. Brodeur (*pro hac vice* forthcoming)
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel.: (212) 894-7200
Fax: (212) 894-7272
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com
bbrodeur@entwistle-law.com

-and-

**ENTWISTLE & CAPPUCCI LLP**
Andrew J. Entwistle (*pro hac vice* forthcoming)
Callie D. Crispin (*pro hac vice* forthcoming)
500 West 2nd Street, Suite 1900
Austin, TX 78701
Tel.: (512) 710-5960
Fax: (212) 894-7278
aentwistle@entwistle-law.com
ccrispin@entwistle-law.com

**SAXENA WHITE P.A.**
David J. Schwartz (*pro hac vice* forthcoming)
Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
dschwartz@saxenawhite.com
mduenas@saxenawhite.com

*Counsel for Proposed Lead Plaintiff the Institutional Investors and Proposed Lead Counsel for the Class*

3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2025, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all

registered users, as follows:

J. Alexander Hood , II
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
212-661-1100
Email: ahood@pomlaw.com

Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com

Joshua E. Fruchter
Wohl & Fruchter LLP
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
(845) 290-6818
Email: jfruchter@wohlfruchter.com

Paul Kent Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com

Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200

P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: robert@bramlettlawoffices.com

James A. Holifield, Jr.
Holifield & Janich PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
865-566-0115
Fax: 865-566-0119
Email: aholifield@holifieldlaw.com

Adam M. Apton
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, New York 10004
Tel. (212) 363-7500
Fax: (212) 363-7500
Email: apton@zlk.com

Christopher R. Fredmonski
Skadden, Arps, Slate, Meagher & Flom LLP
(New York)
One Manhattan West
New York, NY 10001
212-735-3275
Email: christopher.fredmonski@skadden.com

Christopher E. Thorsen
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC (Nash)
1600 West End Avenue
Suite 2000
Nashville, TN 37203
(615) 244-2582
Email: cthorsen@bakerdonelson.com

Jeffrey S. Geier
Skadden, Arps, Slate, Meagher & Flom LLP
(New York)
One Manhattan West
New York, NY 10001
212-735-3806

Email: jeffrey.geier@skadden.com

Jenness E. Parker
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P O Box 636
Wilmington, DE 19899-0636
302-651-3183
Email: jenness.parker@skadden.com

Susan L. Saltzstein
Skadden, Arps, Slate, Meagher & Flom LLP
(New York)
One Manhattan West
New York, NY 10001
212-735-3000
Email: susan.saltzstein@skadden.com

/s/ J. Gerard Stranch IV
J. Gerard Stranch IV