UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CASSANDRA MATNEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>REVANCE THERAPEUTICS, INC., MARK J. FOLEY, and TOBIN C. SCHILKE,<br><br>Defendants. | Civil Action No. 3:25-cv-0018<br><br><u>CLASS ACTION</u><br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffrey S. Frensley |

<u>ORDER GRANTING THE MOTION OF THE INSTITUTIONAL INVESTORS
FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL</u>

Having considered the Motion of The Arbitrage Fund, AltShares Merger Arbitrage ETF, AltShares Event-Driven ETF, iMGP Alternative Strategies Fund, and Chicago Capital Management, LP (collectively, the "Institutional Investors") for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), the opening brief in support of the Motion, the declaration of J. Gerard Stranch IV in support thereof, and all other pleadings and argument submitted to this Court, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Institutional Investors' Motion is **GRANTED**.

2. The Institutional Investors are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order.

3. The Institutional Investors' selection of Counsel is **APPROVED**, and Entwistle & Cappucci LLP and Saxena White P.A. are **APPOINTED** to serve as Lead Counsel for the Class and Stranch, Jennings & Garvey, PLLC is **APPOINTED** to serve as Liaison Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any pending, previously or subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

5. This Action shall be captioned "*In re Revance Therapeutics, Inc. Securities Litigation*" and the file shall be maintained under C.A. No. 3:25-cv-0018-EJR.

**IT IS SO ORDERED**.

Dated: March 20, 2025

*Eli Richardson*
HONORABLE ELI J. RICHARDSON
UNITED STATES DISTRICT JUDGE