MOTION GRANTED.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

|  |  |
|---|---|
| )<br>)<br>) | Case No. 3:25-cv-00018 |
| *In re Revance Therapeutics, Inc. Securities*<br>*Litigation*     ) | |
| ) | Judge Eli J. Richardson |
| ) | Magistrate Judge Jeffrey S. Frensley |
| )<br>) | |

### UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.01(h), Defendant Revance Therapeutics, Inc. ("Revance") hereby moves to substitute Milton S. McGee, III of the law firm Riley & Jacobson, PLC and Jordan D. Peterson of the law firm Kirkland & Ellis LLP as Revance's counsel of record in place of Christopher E. Thorsen of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC and Christopher R. Fredmonski, Jeffrey S. Geier, Jenness E. Parker, and Susan L. Saltzstein of the law firm Skadden, Arps, Slate, Meagher & Flom, LLP. Messrs. Thorsen, Fredmonski, Geier and Mses. Parker and Salzstein will continue to represent Defendants Mark J. Foley and Tobin C. Schilke.

Pursuant to Local Rule 7.01, counsel have conferred with counsel for Plaintiffs regarding this substitution. Plaintiffs do not oppose the request.

Accordingly, Revance respectfully moves the Court to grant the substitution of its counsel of record and requests that Messrs. Thorsen, Fredmonski, Geier and Mses. Parker and Salzstein be removed as counsel for record for Revance.

Respectfully submitted,

s/Milton S. McGee, III
Milton S. McGee, III (BPR 024150)
Riley & Jacobson, PLC
1960 West End Avenue
Nashville, TN 37203
(615) 320-3700
tmcgee@rjfirm.com

Jordan D. Peterson, P.C.
(*pro hac vice* admission forthcoming)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
jordan.peterson@kirkland.com

*Attorneys for Defendant Revance Therapeutics, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he filed this Motion to Substitute Counsel through the CM/ECF System which served a copy on the counsel of record on this the 2nd day of April, 2025.

s/ Milton S. McGee, III

2