UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE REVANCE THERAPEUTICS, INC. SECURITIES LITIGATION | C.A. No. 3:25-cv-0018-EJR |

**JOINT STIPULATION AND ORDER EXTENDING DEADLINES FOR FILING CONSOLIDATED COMPLAINT AND FILING MOTIONS TO DISMISS**

The parties, subject to the approval of the Court, hereby stipulate as follows:

WHEREAS, this case is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which sets a procedure for a court to appoint a lead plaintiff and lead counsel in a putative class action under the Exchange Act after a press release notice is issued (15 U.S.C. § 78u-4(a)(3));

WHEREAS, on March 20, 2025, the Court granted the motion of the Institutional Investors to serve as lead plaintiff ("Lead Plaintiff") in this action (ECF 34, the "Lead Plaintiff Order");

WHEREAS, on application of the parties, the Court suspended Defendants' time to respond to the complaint pending the appointment of a lead plaintiff (ECF 17);

WHEREAS, Lead Plaintiff has determined to draft and file a consolidated complaint ("Consolidated Complaint");

WHEREAS, Defendants expect they will move to dismiss the Consolidated Complaint;

WHEREAS, the parties previously conferred and agreed on a schedule for the filing of the Consolidated Complaint, Defendants' time to respond, and the briefing on any motions to dismiss, which was reflected in their Stipulation filed with the Court (ECF 38);

WHEREAS, Lead Plaintiff represents that its factual investigation of the claims is ongoing, and Lead Plaintiff believes a brief extension of time will allow it to gather the necessary information and present a well-informed pleading, and will therefore promote the interests of justice and judicial economy;

WHEREAS, the parties have further conferred and agreed, subject to Court approval, to a short extension of thirteen days for Lead Plaintiff to file the Consolidated Complaint to allow time for the ongoing investigation and to accommodate the schedule of counsel;

WHEREAS, the modified schedule will not change the date on which any motions to dismiss will be fully briefed as reflected in the following table;

| Event | Deadline Per ECF 38 | Agreed New Deadline |
|---|---|---|
| Consolidated Complaint Due | June 5, 2025 | June 18, 2025 |
| Answer or Motion Due | August 15, 2025 | August 28, 2025 |
| Opposition Due | October 24, 2025 | October 24, 2025 |
| Reply Due | December 5, 2025 | December 5, 2025 |

**NOW**, **THEREFORE**, the parties hereby stipulate and agree, subject to the approval of the Court, as follows:

1. Lead Plaintiff shall file the Consolidated Complaint on or before June 18, 2025;

2. Defendants shall answer or otherwise respond to the Consolidated Complaint on or before August 28, 2025;

3. Lead Plaintiff shall file opposition to any motions to dismiss the Consolidated Complaint on or before October 24, 2025;

4. Defendants shall file replies in further support of any motions to dismiss on or before December 5, 2025.

SO ORDERED this 2nd day of June, 2025.

_____
The Honorable Jeffery S. Frensley
United States Magistrate Judge

STIPULATED AND AGREED BY:

| **STRANCH, JENNINS & GARVEY PLLC** | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** |
|---|---|

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com

*Liaison Counsel for Lead Plaintiff and the Putative Class*

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci (*pro hac vice*)
Robert N. Cappucci (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel.: (212) 894-7200
Fax: (212) 894-7272
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com
bbrodeur@entwistle-law.com

-and-

**ENTWISTLE & CAPPUCCI LLP**
Andrew J. Entwistle (*pro hac vice*)
Callie D. Crispin (*pro hac vice*)
500 West 2nd Street, Suite 1900
Austin, TX 78701
Tel.: (512) 710-5960
Fax: (212) 894-7278
aentwistle@entwistle-law.com
ccrispin@entwistle-law.com

**SAXENA WHITE P.A.**
David J. Schwartz (*pro hac vice* forthcoming)
Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606

*/s/ Christopher E. Thorsen*
Christopher E. Thorsen (BPR 21049)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
(615) 726-5600
cthorsen@bakerdonelson.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Susan L. Saltzstein (*pro hac vice*)
Jeffrey S. Geier (*pro hac vice*)
Christopher R. Fredmonski (*pro hac vice*)
One Manhattan West
New York, New York 10001
(212) 735-3000
susan.saltzstein@skadden.com
jeffrey.geier@skadden.com
christopher.fredmonski@skadden.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Jenness E. Parker (*pro hac vice*)
One Rodney Square
920 N. King St.
Wilmington, Delaware 19801
(302) 651-3000
jenness.parker@skadden.com

*Counsel for Defendants Mark J. Foley and Tobin C. Shilke*

*/s/ Milton S. McGee, III*
**RILEY & JACOBSON, PLC**
Milton S. McGee, III (BPR 024150)
1960 West End Avenue
Nashville, TN 37203
(615) 320-3700
tmcgee@rjfirm.com

<div style="display: flex;">
<div>
Tel.: (914) 437-8551
Fax: (888) 631-3611
dschwartz@saxenawhite.com
mduenas@saxenawhite.com

*Lead Counsel for Lead Plaintiff and the Putative Class*
</div>
<div>
**KIRKLAND & ELLIS LLP**
Jordan D. Peterson, P.C. (*pro hac vice*)
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
jordan.peterson@kirkland.com

*Counsel for Defendant Revance Therapeutics, Inc.*
</div>
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I electronically filed a copy of the foregoing *Joint Stipulation and [Proposed] Order Extending Deadlines for Filing Consolidated Complaint and Filing Motions To Dismiss* with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to all parties registered with the Court's electronic filing system.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV