This joint motion (Doc. No. 49) is GRANTED. Defendants shall have an additional 15 pages, totaling 40 pages, for their memorandum of law in support of their forthcoming combined motion to dismiss; Plaintiffs shall have an additional 15 pages, totaling 40 pages, for their response in opposition to Defendants' combined motion to dismiss; and Defendants shall have an additional 5 pages, totaling 10 pages, for a reply in support of their combined motion to dismiss. *Eli Richardson*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE REVANCE THERAPEUTICS, INC.
SECURITIES LITIGATION

C.A. No. 3:25-cv-0018-EJR

Judge Eli J. Richardson

Magistrate Judge Jeffery S. Frensley

**JOINT MOTION FOR LEAVE TO INCREASE BRIEFING PAGE LIMITS**

Lead Plaintiffs The Arbitrage Fund, AltShares Event-Driven ETF, AltShares Merger Arbitrage ETF, iMGP Alternative Strategies Fund, and Chicago Capital and Defendants Revance Therapeutics, Inc., Mark J. Foley, and Tobin C. Schilke (collectively, the "Parties") jointly request the Court's leave for the Parties to submit (1) an omnibus memorandum of law of up to forty (40) pages in support of Defendants' forthcoming combined motion to dismiss; (2) a memorandum of law of up to forty (40) pages in opposition to Defendants' combined motion to dismiss; and (3) an omnibus reply memorandum of law of up to ten (10) pages in support of Defendants' combined motion to dismiss. In support of this request, the Parties show as follows:

1.      Lead Plaintiffs filed an Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") on June 18, 2025. *See* ECF No. 48.

2.      Under a stipulated schedule previously entered by the Court, Defendants must answer or otherwise respond to the Complaint no later than August 28, 2025. *See* ECF No. 47.

3.      Defendants intend to move to dismiss the Complaint.

4.      This Court's Local Rule 7.01 requires that "[e]very motion requiring a determination of law must be accompanied by a memorandum of law," and further requires that any party opposing a motion "must serve and file a memorandum of law in response." LR 7.01(a)(2)–(3). Local Rule 7.01 further provides that a memorandum of law in support of or in