|  |  |
|---|---|
| IN RE REVANCE THERAPEUTICS, INC. SECURITIES LITIGATION | C.A. No. 3:25-cv-0018-EJR<br><br>District Judge Eli J. Richardson<br>Mag. Judge Jeffery S. Frensley |

**DECLARATION OF JORDAN D. PETERSON
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Jordan D. Peterson, declare as follows:

1.      I am an attorney at the law firm of Kirkland & Ellis LLP and counsel for Defendant Revance Therapeutics, Inc. in the above-captioned matter. I am licensed to practice law in the State of New York. I am admitted *pro hac vice* in this matter.

2.      I submit this declaration in support of Defendants' Motion to Dismiss (ECF No. 51) and accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss (ECF No. 52).

3.      Attached hereto are the following exhibits referenced in the Memorandum of Law in Support of Defendants' Motion to Dismiss:

| | |
|---|---|
| **Exhibit A:** | An appendix of alleged misrepresentations. |
| **Exhibit B:** | A true and correct copy of Revance's February 28, 2024 Form 8-K and select attachments. |
| **Exhibit C:** | A true and correct copy of the transcript of Revance's February 28, 2024 Q4 2023 Earnings Call. |
| **Exhibit D:** | A true and correct copy of Revance's May 9, 2024 Form 8-K and select attachments. |
| **Exhibit E:** | A true and correct copy of the transcript of Revance's May 9, 2024 Q1 2024. |

1

| | |
|---|---|
| **Exhibit F:** | A true and correct copy of Revance's August 8, 2024 Form 8-K and select attachments. |
| **Exhibit G:** | A true and correct copy of the transcript of Revance's August 8, 2024 Q2 2024 Earnings Call. |
| **Exhibit H:** | A true and correct copy of Revance's August 12, 2024 Form 8-K and select attachments. |
| **Exhibit I:** | A true and correct copy of Revance's August 28, 2024 Form 8-K and select attachments. |
| **Exhibit J:** | A true and correct copy of Revance's September 5, 2024 Schedule 14D-9C and select attachments. |
| **Exhibit K:** | A true and correct copy of Revance's September 23, 2024 Form 8-K and select attachments. |
| **Exhibit L:** | A true and correct copy of Revance's October 4, 2024 Form 8-K and select attachments. |
| **Exhibit M:** | A true and correct copy of Revance's October 18, 2024 Form 8-K and select attachments. |
| **Exhibit N:** | A true and correct copy of Revance's October 28, 2024 Form 8-K and select attachments. |
| **Exhibit O:** | A true and correct copy of Revance's November 1, 2024 Form 8-K and select attachments. |
| **Exhibit P:** | A true and correct copy of Revance's November 7, 2024 Form 10-Q and select attachments. |
| **Exhibit Q:** | A true and correct copy of Revance's November 12, 2024 Form 8-K and select attachments. |
| **Exhibit R:** | A true and correct copy of Revance's November 19, 2024 Form 8-K and select attachments. |
| **Exhibit S:** | A true and correct copy of Revance's November 26, 2024 Form 8-K and select attachments. |
| **Exhibit T:** | A true and correct copy of Revance's November 29, 2024 Form 8-K and select attachments. |
| **Exhibit U:** | A true and correct copy of Revance's December 3, 2024 Form 8-K and select attachments. |

2

| | |
|---|---|
| **Exhibit V:** | A true and correct copy of Revance's December 5, 2024 Form 8-K and select attachments. |
| **Exhibit W:** | A true and correct copy of Revance's December 9, 2024 Form 8-K and select attachments. |
| **Exhibit X:** | A true and correct copy of Revance's January 8, 2025 Schedule 14D-9A and select attachments. |
| **Exhibit Y:** | A true and correct copy of Revance's January 21, 2025 Form 8-K and select attachments. |
| **Exhibit Z:** | A true and correct copy of Revance's February 6, 2025 Form 8-K and select attachments. |
| **Exhibit AA:** | A true and correct copy of the Securities and Exchange Commission's Form 8-K Instructions. |
| **Exhibit BB:** | A chart of Revance's historical stock price, sourced from stockanalysis.com.[1] |
| **Exhibit CC:** | A true and correct copy of Revance's November 7, 2024 Form 8-K and select attachments. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed the 28th day of August, 2025 in New York, New York.

*/s/ Jordan D. Peterson*
Jordan D. Peterson

---

[1] Revance Therapeutics, Inc. (RVNC), STOCKANALYSIS.COM, https://stockanalysis.com/stocks/rvnc/history/ (last visited Aug. 11, 2025).

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2025, I caused the foregoing document to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to all parties registered with the Court's electronic filing system.

/s/ Jordan D. Peterson
Jordan D. Peterson, P.C. (*pro hac vice*)
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
jordan.peterson@kirkland.com

*Counsel for Defendant Revance Therapeutics, Inc.*

4