# EXHIBIT A

# APPENDIX

| Source | Challenged Statement(s)[1] | Dismissal Bases[2] |
|---|---|---|
| Feb. 28 Form 8-K | "[T]he RHA Collection, which is the fastest growing filler in the market, we remain optimistic about our ***blockbuster opportunity in aesthetics*** and look forward to building on our launch momentum ..." (Compl. ¶ 148; *see also* Ex. B)<br><br>"***RHA Collection continues to be the fastest-growing filler by market share out of the six brands on the U.S. market***." (Compl. ¶ 148; *see also* Ex. B) | No alleged falsity (II.A.1)<br>Inactionable puffery (II.A.2)<br>No actionable omission (II.A.3) |
| Feb. 28 Earnings Call | "The RHA Collection continues to be vital to our aesthetics franchise … the RHA Collection ***is still the fastest-growing HA filler in the U.S.***, sitting at about 10% market share, ..." (Compl. ¶ 148; *see also* Ex. C)<br><br>"For the RHA Collection, fourth quarter and full year 2023 revenue were $34.5 million and $128.6 million. Sales were up 20% for the full year, ***driven by deeper and broader accounts penetration***." (Compl. ¶ 148; *see also* Ex. C)<br><br>"On the filler dynamics side, ***the nice thing about the Teoxane partnership is that we were able to bring in the market sort of the latest innovation in filler technology, but one that has years and years of experience***. And so we feel very good about—if you look at how RHA and Teoxane has performed internationally in a very competitive market, how they've been able to continue ***to take share and to grow it***." (Compl. ¶ 148; *see also* Ex. C) | No alleged falsity (II.A.1)<br>Inactionable puffery (II.A.2)<br>No actionable omission (II.A.3) |
| May 9 Form 8-K | "***RHA Collection also took share against the backdrop of a soft filler market*** … RHA Collection net product revenue was $29.6 million, representing a YoY decrease of 2%." (Compl. ¶ 152; *see also* Ex. D) | No alleged falsity (II.A.1)<br>No actionable omission (II.A.3) |

---

[1]  The Complaint (ECF No. 48) identifies purported actionable statements at ¶¶ 145-193. The Complaint frequently identifies only a portion of a statement as actionable. This Appendix attempts to provide those portions in context, with ***bold italicized*** font indicating the statement portion Plaintiffs challenge in the Complaint for the February 28, May 9, and August 8, 2024 statements.

[2]  The parenthetical references are to the corresponding Argument & Authorities sections in the Memorandum of Law in Support of Defendants' Motion to Dismiss.

# APPENDIX

| Source | Challenged Statement(s)[1] | Dismissal Bases[2] |
|---|---|---|
| May 9 Earnings Call | "Despite filler market softness in Q1 and outside DAXXIFY focus, *we continue to grow our filler market share and ended Q1 with a 9.8% share, up from 9.1% in Q4*. … Underpinning our ongoing market share gains and traction in the filler market is the quality and differentiated performance profile of the RHA portfolio *combined with our commercial team's ability to execute*." (Compl. ¶ 152; *see also* Ex. E)<br><br>"If you look at it, we *actually had pretty healthy share growth even with, again, an outsized focus on DAXXIFY. So I think we're continuing to take share based on the quality of the product*." (Compl. ¶ 153; *see also* Ex. E)<br><br>"I know it's early, *it does feel like things are returning a little bit to the normal*. I do think we had the post-Zoom effect where we saw a little bit of an artificial increase in filler volume after the whole COVID lockdown … And so I think that drove a little bit more of an elevated market. I think we're now returning more to normal. … I've not heard from clinicians any sort of change in consumer sentiment about fillers. So I think it probably had more to do with a little bit of the economics, but that *seems to be abating as we move into Q2* and move to the back part of the year." (Compl. ¶ 153; *see also* Ex. E)<br><br>"… we do expect to start to benefit from some portfolio programs based on our broader account base … And as I said, I know it's early, but *we like what we're seeing in April*." (Compl. ¶ 153; *see also* Ex. E)<br><br>"It's -- the *TEOXANE franchise is very well known, highly regarded*. It's the least modified at the fillers. And as a result, the performance attributes, *we believe when we go in or able to win business, we win it not on price, but we win it based on the quality of the product*." (Compl. ¶ 156; *see also* Ex. E) | No alleged falsity (II.A.1) Inactionable puffery (II.A.2) No actionable omission (II.A.3) |
| Aug. 8 Form 8-K | "To that end, DAXXIFY units sold were up 66% year-on-year and 15% in comparison to Q1'24. In addition, the RHA Collection *continued to outpace the competition against the backdrop of a soft filler market*." (Compl. ¶ 160; *see also* Ex. F) | No alleged falsity (II.A.1) Inactionable puffery (II.A.2) No actionable omission (II.A.3) |

2

# APPENDIX

| Source | Challenged Statement(s)[1] | Dismissal Bases[2] |
|---|---|---|
| Aug. 8 Earnings Call | "The ***RHA Collection also experienced healthy growth*** compared to last year despite overall filler market softness." (Compl. ¶ 160; *see also* Ex. G)<br><br>"We continue to believe that the quality and ***differentiated performance profile of the RHA portfolio, combined with our commercial team's ability to execute, provides a stable foundation for our ongoing growth initiatives***." (Compl. ¶ 160; *see also* Ex. G)<br><br>"So we think that we've got a ***very good foundation of RHA***. … given that the market filler softness and growing 15% year-over-year, we continue to take share on that side of it. … And are you seeing good healthy metrics. And so we ***feel good about sort of the metrics that we're putting up***." (Compl. ¶ 160; *see also* Ex. G)<br><br>"We ***saw good healthy growth across the portfolio of the RHA product line***. We obviously went in and did some other promotions and incentives and training around RHA 3." (Compl. ¶ 160; *see also* Ex. G)<br><br>"So in terms of the filler market health, again, even in the midst of what I would say was a softer filler market, the first half of the year and certainly in Q2, we ***drove really healthy revenue***." (Compl. ¶ 160; *see also* Ex. G) | No alleged falsity (II.A.1)<br>Inactionable puffery (II.A.2)<br>No actionable omission (II.A.3) |
| Aug. 12 Form 8-K | **"None of the Company, each of its Subsidiaries party thereto or, to the Knowledge of the Company, any other party thereto is in breach of or default pursuant to any such Material Contract**, … No event has occurred or circumstances that exist that, with notice or lapse of time or both, would constitute such a breach or default pursuant to any Material Contract, or permit the termination or modification thereof or permit the acceleration or maturity of performance thereof, by the Company Group, or, to the Knowledge of the Company, any other party thereto, except for such breaches and defaults that have not had, and would not reasonably be expected to have, individually or in the aggregate, a Company Material Adverse Effect." (Compl. ¶ 164, *see also* Ex. H) | No actionable misrepresentation or omission (II.B) |

3

## APPENDIX

| Source | Challenged Statement(s)[1] | Dismissal Bases[2] |
|---|---|---|
|  | "Crown will commence a tender offer to acquire all outstanding shares of Revance's common stock at $6.66 per share. … [the Tender Offer] will commence no later than August 30, 2024" and the "transaction is expected to close by year end." (Compl. ¶ 167; *see also* Ex. H) |  |
| Aug. 28 Form 8-K | "Revance [] and Crown [] agreed to extend the date by which [Crown] is obligated to commence the tender offer … from August 30, 2024 to September 13, 2024 or such other date as may be agreed …" (Compl. ¶ 169; *see also* Ex. I) | No actionable misrepresentation or omission (II.C) |
| Sept. 5 Schedule 14D-9 | "Integration Management Office (IMO): ***An integration working team has been established, which includes Revance and Crown leaders responsible for both planning and leading the successful integration of our two companies***. … ***Several meetings between Revance and Crown leaders have taken place and are continuing, to foster collaboration, teamwork and engagement across our teams***." (Compl. ¶ 171; *see also* Ex. J) | No actionable misrepresentation or omission (II.C) |
| Sept. 23, Oct. 4 and 18 Form 8-Ks[3] | The "Company denies the alleged materials breaches asserted in the notice, does not believe the asserted allegations constitute material breaches under the terms of the Distribution Agreement and intends to defend itself vigorously." (Compl. ¶ 173; *see also* Ex. K)<br><br>"In light of the[] discussions [with Teoxane regarding the breach notice], … Revance [and] Crown [] agreed to extend the date by which [Crown] is obligated to commence the tender offer to October 4 or such other date as may be agreed …"(Compl. ¶ 176; *see also* Ex. K) | No actionable misrepresentation or omission (II.D) |
| Nov. 7 Form 8-K and Form 10-Q | "**Crown Laboratories and Revance Announce Entry Into Merger Agreement and Delay of Tender Offer Commencement**. During the quarter, Revance and Crown [] announced they had entered into a merger agreement … Under the terms of the | No actionable misrepresentation or omission (II.D) |

---

[3] The statements cited are from the September 23, 2024 Form 8-K. Substantially similar statements in the October 4 and 18, 2024 Form 8-Ks (Compl. ¶¶ 178, 180-81) are subject to dismissal on the same bases.

4

| Source | Challenged Statement(s)[1] | Dismissal Bases[2] |
|---|---|---|
| | agreement, … ***Crown will commence a tender offer to purchase all of Revance's outstanding shares of common stock, at a price of $6.66 per share, in cash***. As a result of discussions between [Revance] and Teoxane SA [] regarding an alleged breach of the Exclusive Distribution Agreement for the distribution of the RHA® Collection of dermal fillers in the U.S. (the "U.S. Distribution Agreement"), the parties extended the date by which the tender offer must be commenced. Revance and Crown agreed to extend the tender offer commencement date to November 12, 2024 or another date mutually agreed to between the parties." (Compl. ¶ 189; *see also* Ex. CC)<br><br>"… Crown has expressed dissatisfaction with our entry into the Teoxane Agreements and the terms of such agreements. While the parties continue their discussions, Crown may assert claims related to the Merger Agreement or take other action in connection with the Company's entry into the Teoxane Agreements, including by seeking to unilaterally terminate the Merger Agreement or to otherwise reach a settlement. …" (Compl. ¶ 190; *see also* Ex. P) | |
| Various Form 8-Ks[4] | "Due to ongoing discussions between [Revance] and Crown, … [Revance and Crown] agreed [] to further extend the date by which [Crown] is obligated to commence the [Tender] Offer … to [Date] or such other date as may be mutually agreed … [the] ongoing discussions … could result in further delays to the commencement or consummation of the [Tender] Offer, or in [Revance or Crown] seeking remedies in accordance with, and modifications to, the terms of the Merger Agreement, including offer price." (*E.g.*, Compl. ¶ 187; *see also* Ex. O) | No actionable misrepresentation or omission (II.D) |

---

[4] The statement cited is from the November 1, 2024 Form 8-K. Substantially similar statements in October 28, November 1, 7, 12, 19, 26, and 29, and December 3 and 5 Form 8-Ks (Compl. ¶¶ 183-84, 187, 189, 192; *see also* Exs. N, O, P, Q, R, S, T, U, and V) are subject to dismissal on the same bases.