# EXHIBIT BB



Revance Therapeutics, Inc. (NASDAQ:RVNC)
Historical Share Price
January 3, 2023 to February 6, 2025[1]

Class Period
(February 29, 2024 to December 6, 2024)

[1] *Revance Therapeutics, Inc. (RVNC), STOCKANALYSIS.COM,* https://stockanalysis.com/stocks/rvnc/history/ (last visited Aug. 11, 2025).

**Revance Therapeutics, Inc. (NASDAQ:RVNC)**
**Historical Share Price**
January 3, 2023 to February 6, 2025

| Date | Adjusted Closing Price |
|---|---|
| January 3, 2023 | 18.36 |
| January 4, 2023 | 18.98 |
| January 5, 2023 | 18.75 |
| January 6, 2023 | 19.71 |
| January 9, 2023 | 30.42 |
| January 10, 2023 | 28.18 |
| January 11, 2023 | 26.76 |
| January 12, 2023 | 26.52 |
| January 13, 2023 | 27.92 |
| January 17, 2023 | 28.03 |
| January 18, 2023 | 29.34 |
| January 19, 2023 | 29.19 |
| January 20, 2023 | 31.7 |
| January 23, 2023 | 33.51 |
| January 24, 2023 | 32.36 |
| January 25, 2023 | 32.51 |
| January 26, 2023 | 33.88 |
| January 27, 2023 | 33.13 |
| January 30, 2023 | 32.82 |
| January 31, 2023 | 34.68 |
| February 1, 2023 | 34.38 |
| February 2, 2023 | 35.27 |
| February 3, 2023 | 34.92 |
| February 6, 2023 | 34.42 |
| February 7, 2023 | 34.64 |
| February 8, 2023 | 33.16 |
| February 9, 2023 | 32.94 |
| February 10, 2023 | 32.24 |
| February 13, 2023 | 32.28 |
| February 14, 2023 | 32.4 |
| February 15, 2023 | 33.21 |

| Date | Adjusted Closing Price |
|---|---|
| February 16, 2023 | 32.76 |
| February 17, 2023 | 33.78 |
| February 21, 2023 | 33.18 |
| February 22, 2023 | 33.06 |
| February 23, 2023 | 34.05 |
| February 24, 2023 | 34.12 |
| February 27, 2023 | 35.1 |
| February 28, 2023 | 34.7 |
| March 1, 2023 | 32.25 |
| March 2, 2023 | 31.55 |
| March 3, 2023 | 33.11 |
| March 6, 2023 | 32.99 |
| March 7, 2023 | 32.91 |
| March 8, 2023 | 31.98 |
| March 9, 2023 | 30.97 |
| March 10, 2023 | 28.63 |
| March 13, 2023 | 28.46 |
| March 14, 2023 | 29.5 |
| March 15, 2023 | 30.65 |
| March 16, 2023 | 31.15 |
| March 17, 2023 | 32.13 |
| March 20, 2023 | 32.25 |
| March 21, 2023 | 32.79 |
| March 22, 2023 | 31.78 |
| March 23, 2023 | 31.45 |
| March 24, 2023 | 31.7 |
| March 27, 2023 | 32.69 |
| March 28, 2023 | 31.39 |
| March 29, 2023 | 31.68 |
| March 30, 2023 | 31.13 |
| March 31, 2023 | 32.21 |
| April 3, 2023 | 33.79 |
| April 4, 2023 | 33.41 |
| April 5, 2023 | 33.06 |

| Date | Adjusted Closing Price |
|---|---|
| April 6, 2023 | 34.03 |
| April 10, 2023 | 31.47 |
| April 11, 2023 | 31.4 |
| April 12, 2023 | 30.52 |
| April 13, 2023 | 30.44 |
| April 14, 2023 | 30.41 |
| April 17, 2023 | 30 |
| April 18, 2023 | 30.54 |
| April 19, 2023 | 31.61 |
| April 20, 2023 | 32.51 |
| April 21, 2023 | 32.11 |
| April 24, 2023 | 31.5 |
| April 25, 2023 | 31.64 |
| April 26, 2023 | 31.51 |
| April 27, 2023 | 31.53 |
| April 28, 2023 | 31.83 |
| May 1, 2023 | 32.29 |
| May 2, 2023 | 33.14 |
| May 3, 2023 | 33.61 |
| May 4, 2023 | 33.78 |
| May 5, 2023 | 34.61 |
| May 8, 2023 | 36.6 |
| May 9, 2023 | 37.61 |
| May 10, 2023 | 36.21 |
| May 11, 2023 | 35.72 |
| May 12, 2023 | 35.18 |
| May 15, 2023 | 33.86 |
| May 16, 2023 | 33.46 |
| May 17, 2023 | 31.92 |
| May 18, 2023 | 31.82 |
| May 19, 2023 | 31.82 |
| May 22, 2023 | 32.51 |
| May 23, 2023 | 31.47 |
| May 24, 2023 | 31.51 |

| Date | Adjusted Closing Price |
|---|---|
| May 25, 2023 | 30.81 |
| May 26, 2023 | 30.46 |
| May 30, 2023 | 30.27 |
| May 31, 2023 | 30.56 |
| June 1, 2023 | 30.41 |
| June 2, 2023 | 31.06 |
| June 5, 2023 | 31.18 |
| June 6, 2023 | 30.94 |
| June 7, 2023 | 32.15 |
| June 8, 2023 | 31.13 |
| June 9, 2023 | 29.87 |
| June 12, 2023 | 29.55 |
| June 13, 2023 | 28.83 |
| June 14, 2023 | 28.45 |
| June 15, 2023 | 28.7 |
| June 16, 2023 | 29.36 |
| June 20, 2023 | 28.8 |
| June 21, 2023 | 28.37 |
| June 22, 2023 | 27.07 |
| June 23, 2023 | 26.74 |
| June 26, 2023 | 25.35 |
| June 27, 2023 | 25.48 |
| June 28, 2023 | 25.4 |
| June 29, 2023 | 24.7 |
| June 30, 2023 | 25.31 |
| July 3, 2023 | 25.07 |
| July 5, 2023 | 24.72 |
| July 6, 2023 | 24.05 |
| July 7, 2023 | 24.17 |
| July 10, 2023 | 24.76 |
| July 11, 2023 | 24.6 |
| July 12, 2023 | 23.35 |
| July 13, 2023 | 23.23 |
| July 14, 2023 | 22.51 |

| Date | Adjusted Closing Price |
|---|---|
| July 17, 2023 | 22.28 |
| July 18, 2023 | 22.2 |
| July 19, 2023 | 22.81 |
| July 20, 2023 | 22.54 |
| July 21, 2023 | 22.98 |
| July 24, 2023 | 22.76 |
| July 25, 2023 | 22.62 |
| July 26, 2023 | 23.29 |
| July 27, 2023 | 22.02 |
| July 28, 2023 | 22.53 |
| July 31, 2023 | 23.63 |
| August 1, 2023 | 23.04 |
| August 2, 2023 | 22.09 |
| August 3, 2023 | 23 |
| August 4, 2023 | 22.75 |
| August 7, 2023 | 21.7 |
| August 8, 2023 | 21.99 |
| August 9, 2023 | 20.22 |
| August 10, 2023 | 19.66 |
| August 11, 2023 | 18.91 |
| August 14, 2023 | 19.46 |
| August 15, 2023 | 18.8 |
| August 16, 2023 | 18.76 |
| August 17, 2023 | 17.62 |
| August 18, 2023 | 17.31 |
| August 21, 2023 | 17.55 |
| August 22, 2023 | 17.89 |
| August 23, 2023 | 18.61 |
| August 24, 2023 | 18.56 |
| August 25, 2023 | 18.5 |
| August 28, 2023 | 18.29 |
| August 29, 2023 | 18.27 |
| August 30, 2023 | 17.87 |
| August 31, 2023 | 17.63 |

| Date | Adjusted Closing Price |
| --- | --- |
| September 1, 2023 | 18.16 |
| September 5, 2023 | 17.49 |
| September 6, 2023 | 16.91 |
| September 7, 2023 | 16.58 |
| September 8, 2023 | 15.49 |
| September 11, 2023 | 15.43 |
| September 12, 2023 | 16.11 |
| September 13, 2023 | 17.02 |
| September 14, 2023 | 17.25 |
| September 15, 2023 | 16.8 |
| September 18, 2023 | 16.7 |
| September 19, 2023 | 13.81 |
| September 20, 2023 | 13.15 |
| September 21, 2023 | 12.47 |
| September 22, 2023 | 13.01 |
| September 25, 2023 | 12.55 |
| September 26, 2023 | 12.42 |
| September 27, 2023 | 12.09 |
| September 28, 2023 | 11.75 |
| September 29, 2023 | 11.47 |
| October 2, 2023 | 11.2 |
| October 3, 2023 | 10.45 |
| October 4, 2023 | 10.55 |
| October 5, 2023 | 10.68 |
| October 6, 2023 | 10.76 |
| October 9, 2023 | 10.16 |
| October 10, 2023 | 10.31 |
| October 11, 2023 | 9.91 |
| October 12, 2023 | 8.4 |
| October 13, 2023 | 8.64 |
| October 16, 2023 | 9.02 |
| October 17, 2023 | 9.27 |
| October 18, 2023 | 8.78 |
| October 19, 2023 | 8.7 |

| Date | Adjusted Closing Price |
|---|---|
| October 20, 2023 | 8.46 |
| October 23, 2023 | 8.39 |
| October 24, 2023 | 8.65 |
| October 25, 2023 | 8.17 |
| October 26, 2023 | 7.94 |
| October 27, 2023 | 7.98 |
| October 30, 2023 | 7.72 |
| October 31, 2023 | 7.89 |
| November 1, 2023 | 7.93 |
| November 2, 2023 | 8.44 |
| November 3, 2023 | 9.23 |
| November 6, 2023 | 9.08 |
| November 7, 2023 | 8.59 |
| November 8, 2023 | 8.33 |
| November 9, 2023 | 6.91 |
| November 10, 2023 | 5.97 |
| November 13, 2023 | 5.81 |
| November 14, 2023 | 6.76 |
| November 15, 2023 | 7.02 |
| November 16, 2023 | 6.92 |
| November 17, 2023 | 7.27 |
| November 20, 2023 | 7.47 |
| November 21, 2023 | 7.23 |
| November 22, 2023 | 7.29 |
| November 24, 2023 | 7.2 |
| November 27, 2023 | 6.9 |
| November 28, 2023 | 7.06 |
| November 29, 2023 | 6.94 |
| November 30, 2023 | 6.77 |
| December 1, 2023 | 7.24 |
| December 4, 2023 | 7.43 |
| December 5, 2023 | 7.35 |
| December 6, 2023 | 7.05 |
| December 7, 2023 | 7.09 |

| Date | Adjusted Closing Price |
|---|---|
| December 8, 2023 | 7.37 |
| December 11, 2023 | 7.41 |
| December 12, 2023 | 7.41 |
| December 13, 2023 | 7.92 |
| December 14, 2023 | 8.48 |
| December 15, 2023 | 8.08 |
| December 18, 2023 | 7.89 |
| December 19, 2023 | 8.24 |
| December 20, 2023 | 7.58 |
| December 21, 2023 | 8.43 |
| December 22, 2023 | 8.57 |
| December 26, 2023 | 8.83 |
| December 27, 2023 | 8.97 |
| December 28, 2023 | 8.88 |
| December 29, 2023 | 8.79 |
| January 2, 2024 | 9.31 |
| January 3, 2024 | 8.62 |
| January 4, 2024 | 8.79 |
| January 5, 2024 | 8.35 |
| January 8, 2024 | 7.05 |
| January 9, 2024 | 7.03 |
| January 10, 2024 | 6.79 |
| January 11, 2024 | 6.31 |
| January 12, 2024 | 5.94 |
| January 16, 2024 | 5.72 |
| January 17, 2024 | 6.06 |
| January 18, 2024 | 5.8 |
| January 19, 2024 | 5.66 |
| January 22, 2024 | 6.03 |
| January 23, 2024 | 6.03 |
| January 24, 2024 | 5.71 |
| January 25, 2024 | 5.93 |
| January 26, 2024 | 5.96 |
| January 29, 2024 | 6.04 |

| Date | Adjusted Closing Price |
|---|---|
| January 30, 2024 | 5.51 |
| January 31, 2024 | 5.03 |
| February 1, 2024 | 5.15 |
| February 2, 2024 | 5.37 |
| February 5, 2024 | 5.1 |
| February 6, 2024 | 5.92 |
| February 7, 2024 | 5.38 |
| February 8, 2024 | 5.42 |
| February 9, 2024 | 5.91 |
| February 12, 2024 | 5.77 |
| February 13, 2024 | 5.22 |
| February 14, 2024 | 5.58 |
| February 15, 2024 | 5.58 |
| February 16, 2024 | 5.56 |
| February 20, 2024 | 5.51 |
| February 21, 2024 | 5.37 |
| February 22, 2024 | 5.31 |
| February 23, 2024 | 5.49 |
| February 26, 2024 | 5.69 |
| February 27, 2024 | 5.7 |
| February 28, 2024 | 5.66 |
| February 29, 2024 | 7.14 |
| March 1, 2024 | 6.98 |
| March 4, 2024 | 6.07 |
| March 5, 2024 | 6.5 |
| March 6, 2024 | 6.34 |
| March 7, 2024 | 6.16 |
| March 8, 2024 | 6.01 |
| March 11, 2024 | 6.26 |
| March 12, 2024 | 6.29 |
| March 13, 2024 | 6.02 |
| March 14, 2024 | 5.43 |
| March 15, 2024 | 5.31 |
| March 18, 2024 | 4.94 |

| Date | Adjusted Closing Price |
|---|---|
| March 19, 2024 | 4.93 |
| March 20, 2024 | 5.07 |
| March 21, 2024 | 5.19 |
| March 22, 2024 | 4.87 |
| March 25, 2024 | 4.65 |
| March 26, 2024 | 4.7 |
| March 27, 2024 | 4.94 |
| March 28, 2024 | 4.92 |
| April 1, 2024 | 4.73 |
| April 2, 2024 | 4.51 |
| April 3, 2024 | 4.55 |
| April 4, 2024 | 4.41 |
| April 5, 2024 | 4.41 |
| April 8, 2024 | 4.45 |
| April 9, 2024 | 4.69 |
| April 10, 2024 | 4.41 |
| April 11, 2024 | 4.44 |
| April 12, 2024 | 4.13 |
| April 15, 2024 | 3.97 |
| April 16, 2024 | 3.81 |
| April 17, 2024 | 3.76 |
| April 18, 2024 | 3.79 |
| April 19, 2024 | 3.78 |
| April 22, 2024 | 3.64 |
| April 23, 2024 | 3.66 |
| April 24, 2024 | 3.57 |
| April 25, 2024 | 3.29 |
| April 26, 2024 | 3.4 |
| April 29, 2024 | 3.69 |
| April 30, 2024 | 3.61 |
| May 1, 2024 | 3.8 |
| May 2, 2024 | 3.77 |
| May 3, 2024 | 3.95 |
| May 6, 2024 | 4.1 |

| Date | Adjusted Closing Price |
|---|---|
| May 7, 2024 | 4.38 |
| May 8, 2024 | 4.27 |
| May 9, 2024 | 4.29 |
| May 10, 2024 | 3.32 |
| May 13, 2024 | 3.32 |
| May 14, 2024 | 3.48 |
| May 15, 2024 | 3.31 |
| May 16, 2024 | 3.16 |
| May 17, 2024 | 3.02 |
| May 20, 2024 | 3.16 |
| May 21, 2024 | 3.01 |
| May 22, 2024 | 2.92 |
| May 23, 2024 | 2.67 |
| May 24, 2024 | 2.71 |
| May 28, 2024 | 2.67 |
| May 29, 2024 | 2.8 |
| May 30, 2024 | 2.89 |
| May 31, 2024 | 2.84 |
| June 3, 2024 | 3.01 |
| June 4, 2024 | 2.91 |
| June 5, 2024 | 3.03 |
| June 6, 2024 | 2.9 |
| June 7, 2024 | 2.7 |
| June 10, 2024 | 2.74 |
| June 11, 2024 | 2.94 |
| June 12, 2024 | 3.03 |
| June 13, 2024 | 2.97 |
| June 14, 2024 | 2.82 |
| June 17, 2024 | 2.8 |
| June 18, 2024 | 2.8 |
| June 20, 2024 | 2.87 |
| June 21, 2024 | 2.66 |
| June 24, 2024 | 2.57 |
| June 25, 2024 | 2.35 |

| Date | Adjusted Closing Price |
|---|---|
| June 26, 2024 | 2.34 |
| June 27, 2024 | 2.58 |
| June 28, 2024 | 2.57 |
| July 1, 2024 | 2.57 |
| July 2, 2024 | 2.42 |
| July 3, 2024 | 2.68 |
| July 5, 2024 | 2.67 |
| July 8, 2024 | 2.8 |
| July 9, 2024 | 2.89 |
| July 10, 2024 | 2.91 |
| July 11, 2024 | 3.27 |
| July 12, 2024 | 3.58 |
| July 15, 2024 | 3.81 |
| July 16, 2024 | 4.25 |
| July 17, 2024 | 3.96 |
| July 18, 2024 | 3.65 |
| July 19, 2024 | 3.64 |
| July 22, 2024 | 4.01 |
| July 23, 2024 | 4.34 |
| July 24, 2024 | 3.93 |
| July 25, 2024 | 3.76 |
| July 26, 2024 | 3.92 |
| July 29, 2024 | 3.79 |
| July 30, 2024 | 3.7 |
| July 31, 2024 | 3.78 |
| August 1, 2024 | 3.37 |
| August 2, 2024 | 3.2 |
| August 5, 2024 | 3.06 |
| August 6, 2024 | 3.08 |
| August 7, 2024 | 2.82 |
| August 8, 2024 | 2.95 |
| August 9, 2024 | 3.53 |
| August 12, 2024 | 6.6 |
| August 13, 2024 | 6.59 |

| Date | Adjusted Closing Price |
|---|---|
| August 14, 2024 | 6.58 |
| August 15, 2024 | 6.59 |
| August 16, 2024 | 6.62 |
| August 19, 2024 | 6.61 |
| August 20, 2024 | 6.6 |
| August 21, 2024 | 6.6 |
| August 22, 2024 | 6.59 |
| August 23, 2024 | 6.6 |
| August 26, 2024 | 6.58 |
| August 27, 2024 | 6.58 |
| August 28, 2024 | 6.58 |
| August 29, 2024 | 6.57 |
| August 30, 2024 | 6.57 |
| September 3, 2024 | 6.59 |
| September 4, 2024 | 6.58 |
| September 5, 2024 | 6.57 |
| September 6, 2024 | 6.58 |
| September 9, 2024 | 6.58 |
| September 10, 2024 | 6.57 |
| September 11, 2024 | 6.58 |
| September 12, 2024 | 6.56 |
| September 13, 2024 | 6.55 |
| September 16, 2024 | 5.97 |
| September 17, 2024 | 5.97 |
| September 18, 2024 | 5.99 |
| September 19, 2024 | 5.85 |
| September 20, 2024 | 5.81 |
| September 23, 2024 | 5.37 |
| September 24, 2024 | 5.5 |
| September 25, 2024 | 5.3 |
| September 26, 2024 | 5.39 |
| September 27, 2024 | 5.36 |
| September 30, 2024 | 5.19 |
| October 1, 2024 | 5.2 |

| Date | Adjusted Closing Price |
|---|---|
| October 2, 2024 | 5.19 |
| October 3, 2024 | 5.26 |
| October 4, 2024 | 5.22 |
| October 7, 2024 | 5.33 |
| October 8, 2024 | 5.22 |
| October 9, 2024 | 5.24 |
| October 10, 2024 | 5.26 |
| October 11, 2024 | 5.28 |
| October 14, 2024 | 5.14 |
| October 15, 2024 | 5.2 |
| October 16, 2024 | 5.28 |
| October 17, 2024 | 5.18 |
| October 18, 2024 | 5.29 |
| October 21, 2024 | 5.28 |
| October 22, 2024 | 5.29 |
| October 23, 2024 | 5.29 |
| October 24, 2024 | 5.3 |
| October 25, 2024 | 4.7 |
| October 28, 2024 | 5.9 |
| October 29, 2024 | 5.91 |
| October 30, 2024 | 5.92 |
| October 31, 2024 | 5.9 |
| November 1, 2024 | 5.8 |
| November 4, 2024 | 5.81 |
| November 5, 2024 | 5.84 |
| November 6, 2024 | 5.81 |
| November 7, 2024 | 5.78 |
| November 8, 2024 | 3.7 |
| November 11, 2024 | 3.45 |
| November 12, 2024 | 4.13 |
| November 13, 2024 | 4.24 |
| November 14, 2024 | 4.31 |
| November 15, 2024 | 4.17 |
| November 18, 2024 | 3.99 |

| Date | Adjusted Closing Price |
| --- | --- |
| November 19, 2024 | 3.76 |
| November 20, 2024 | 3.8 |
| November 21, 2024 | 3.84 |
| November 22, 2024 | 3.73 |
| November 25, 2024 | 3.8 |
| November 26, 2024 | 4.02 |
| November 27, 2024 | 3.78 |
| November 29, 2024 | 3.61 |
| December 2, 2024 | 3.73 |
| December 3, 2024 | 3.92 |
| December 4, 2024 | 4.17 |
| December 5, 2024 | 3.94 |
| December 6, 2024 | 3.82 |
| December 9, 2024 | 3.03 |
| December 10, 2024 | 3.03 |
| December 11, 2024 | 3.04 |
| December 12, 2024 | 3.09 |
| December 13, 2024 | 3.08 |
| December 16, 2024 | 3.09 |
| December 17, 2024 | 3.07 |
| December 18, 2024 | 3.07 |
| December 19, 2024 | 3.07 |
| December 20, 2024 | 3.09 |
| December 23, 2024 | 3.07 |
| December 24, 2024 | 3.08 |
| December 26, 2024 | 3.08 |
| December 27, 2024 | 3.06 |
| December 30, 2024 | 3.06 |
| December 31, 2024 | 3.04 |
| January 2, 2025 | 3.06 |
| January 3, 2025 | 3.09 |
| January 6, 2025 | 3.47 |
| January 7, 2025 | 3.41 |
| January 8, 2025 | 3.39 |

| Date | Adjusted Closing Price |
| --- | --- |
| January 10, 2025 | 3.25 |
| January 13, 2025 | 3.29 |
| January 14, 2025 | 3.29 |
| January 15, 2025 | 3.28 |
| January 16, 2025 | 3.27 |
| January 17, 2025 | 3.68 |
| January 21, 2025 | 3.67 |
| January 22, 2025 | 3.65 |
| January 23, 2025 | 3.67 |
| January 24, 2025 | 3.65 |
| January 27, 2025 | 3.64 |
| January 28, 2025 | 3.65 |
| January 29, 2025 | 3.64 |
| January 30, 2025 | 3.63 |
| January 31, 2025 | 3.63 |
| February 3, 2025 | 3.64 |
| February 4, 2025 | 3.64 |
| February 5, 2025 | 3.65 |
| February 6, 2025 | 3.65 |