# EXHIBIT G

**S&P Global**
Market Intelligence

# Revance Therapeutics, Inc.

# NasdaqGM:RVNC

# FQ2 2024 Earnings Call Transcripts

## Thursday, August 08, 2024 8:30 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ2 2024- | | | -FQ3 2024- | -FY 2024- | -FY 2025- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS Normalized | (0.45) | (0.36) | NM | (0.42) | (1.79) | (0.80) |
| Revenue (mm) | 66.29 | 65.39 | ▼ (1.36 %) | 68.76 | 278.05 | 372.30 |

Currency: USD
Consensus as of  Jul-23-2024 11:04 AM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| - EPS NORMALIZED - | | | |
|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE |
| FQ3 2023 | (0.94) | (0.53) | NM |
| FQ4 2023 | (0.92) | (0.61) | NM |
| FQ1 2024 | (0.83) | (0.54) | NM |
| FQ2 2024 | (0.45) | (0.36) | NM |

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

**1**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ..................................................................................... | **3** |
| **Presentation** | ..................................................................................... | **4** |
| **Question and Answer** | ..................................................................................... | **7** |

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

Case 3:25-cv-00018 Document 53-10 Filed 08/28/25 Page 3 of 19 PageID #: 976

# Call Participants

**EXECUTIVES**

**Mark J. Foley**
*CEO & Director*

**Tobin C. Schilke**
*CFO & Principal Accounting Officer*

**ANALYSTS**

**Annabel Eva Samimy**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Chris Shibutani**
*Goldman Sachs Group, Inc., Research Division*

**David A. Amsellem**
*Piper Sandler & Co., Research Division*

**Lachlan Hanbury-Brown**
*William Blair & Company L.L.C., Research Division*

**Mikaela Lee Franceschina**
*Barclays Bank PLC, Research Division*

**Navann Ty Dietschi**
*BNP Paribas Exane, Research Division*

**Seamus Christopher Fernandez**
*Guggenheim Securities, LLC, Research Division*

**Serge D. Belanger**
*Needham & Company, LLC, Research Division*

**Stacy Ku**
*TD Cowen, Research Division*

**Uy Sieng Ear**
*Mizuho Securities USA LLC, Research Division*

**ATTENDEES**

**Laurence Watts**

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
Case 3:25-cv-00018    Document 53-10    Filed 08/28/25    Page 4 of 19 PageID #: 977

# Presentation

**Operator**

Welcome to the Revance Therapeutics Second Quarter 2021 Financial Results and Corporate Update Conference Call. At this time, all participants are in a listen-only mode. Following management's prepared remarks, we will hold a Q&A session. [Operator Instructions] As a reminder, this call is being recorded today, Thursday, August 8, 2024.

I will now hand the call over to your host, Laurence Watts, Revance Therapeutics. Please proceed.

**Laurence Watts**

Thank you, operator. Joining us on the call today from Revance are President and Chief Executive Officer, Mark Foley; and Chief Financial Officer, Tobin Schilke.

During this call, management will make forward-looking statements, including statements related to expectations related to product adoption and reorders, consumer needs, preferences and behavior, the benefits and value to us, practices and consumers of our products, including the efficacy, duration, skin quality and safety of our products, future therapeutic expansion, 2024 guidance, positive adjusted EBITDA, future capital expenditures and anticipated revenue, our strategic priorities, our anticipated success, our ability to grow and take share and market opportunity and expectations and our strategy, plant operations and commercialization plans and timing of those plans.

Our actual results and the timing of events could differ materially from those anticipated in such forward-looking statements as a result of these risks and uncertainties. Factors that could cause these results to be different from these statements include factors the company described in our annual report on Form 10-K and our quarterly report on Form 10-Q. Revance undertake no duty or obligation to update any forward-looking statements as a result of new information, future events or changes in its expectations. Also on today's call, we will present both GAAP and non-GAAP financial measures. Reconciliations of GAAP to non-GAAP measures are included in our earnings release.

With that, I will turn the call over to Mark Foley, President and Chief Executive Officer of Revance. Mark?

**Mark J. Foley**
*CEO & Director*

Thank you, Laurence. Good afternoon, everyone, and thank you for joining our second quarter 2024 financial results conference call. The second quarter of 2024 was another period of continued progress for Revance, led by our Aesthetics division and the implementation of our strategy to bring DAXXIFY to a broad audience based on strong product attributes and competitive pricing. DAXXIFY continued to show strong growth in the second quarter with aesthetic units sold up 65% year-over-year and net product revenue of $28.7 million, which was up 27% year-over-year.

Importantly, feedback from the field continues to be positive and reveals that not only our existing practices reengaging with DAXXIFY but that new account adds are accelerating due to DAXXIFY's price comparability and appealing product attributes, namely increased duration, fast onset and improve skin quality. Importantly, now that consumers have been through several treatment cycles, we are starting to see patient preference drive both injector utilization and new account interest.

In the second quarter, we were encouraged by strong reordering activity as existing aesthetic accounts represented more than 3/4 of DAXXIFY revenue in the quarter and consumer pricing coming in line with competitor prices and a meaningful uptick in unit sales on both an annual and quarterly basis without the benefit of couponing.

Turning to our filler offerings. The RHA Collection also experienced healthy growth compared to last year despite overall filler market softness. Starting in April, we launched RHA 3 for Lift Augmentation and Fullness, the #1 filler procedure performed in the U.S. To support the launch of the Lyft indication, we

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Case 3:25-cv-00018    Document 53-10    Filed 08/28/25    Page 5 of 19 PageID #: 978

activated consumer and beauty editor experiences, conducted HCP training events and introduced RHA 3 promotions. Along with these activities, we rolled out a campaign around lips for framing as well as beauty of savings promotional activities.

We continue to believe that the quality and differentiated performance profile of the RHA portfolio, combined with our commercial team's ability to execute, provides a stable foundation for our ongoing growth initiatives. RHA Collection net product revenue was $36.6 million in the second quarter of 2024, representing a 15% year-over-year increase. Lastly, at the end of the second quarter, accounts across Revance's aesthetics portfolio totaled over 7,500. The company also ended the quarter with over 3,700 accounts that have ordered DAXXIFY, which leaves us with significant runway to further expand our number of accounts and ordering base going forward.

Further, in the quarter, we were pleased to launch our first portfolio initiative, The Beauty of Savings program, which was designed to provide additional incentives to accounts that purchased both RHA and DAXXIFY. This program has been well received, and we look forward to continuing to not only grow our account base, but use programs like these to deepen our penetration in existing accounts.

Now let me turn to our therapeutic franchise. In May, we announced the commercial launch of DAXXIFY for the treatment of cervical dystonia, marking our entry into the $2.7 billion U.S. therapeutic neurotoxin market. As such, DAXXIFY for cervical dystonia provides a significant opportunity for revamps and marks the culmination of our decade-long mission to bring our unique innovation to the therapeutics market. Although toxin remain the standard of care for cervical dystonia, patients struggle to achieve sustained symptom relief in between treatments.

This is due to the fact that toxin treatment can only occur every 12 weeks based on product labeling and reimbursement guidelines, even though the therapeutic benefit of current toxins typically wears off 8 to 10 weeks after injection. As a result, this frequently leads patients with unmanaged symptoms that can lead to significant pain, social stigma and the inability to drive the work.

DAXXIFY is the first and only peptide formulated long-lasting neurotoxin that offers the potential to improve the duration of symptom control with a favorable safety profile, providing patients and physicians with a compelling new treatment option for a painful and disabling chronic condition. Following our CD approval in August 2023, we launched a preview early experience program with the objective of optimizing treatment outcomes and ensuring smooth practice integration. In May, we announced our full U.S. commercial launch.

Initial market response has been encouraging and supportive of our hypothesis that there is an unmet need for a long-lasting neurotoxin to address the large percentage of patients with symptom breakthrough on current toxin regimens. Furthermore, preview practices continue to treat patients and importantly continue to report compelling clinical results with DAXXIFY. To that end, physicians report that patients in their second and third treatment cycles are experiencing long duration and a safety profile consistent with our Phase III ASPEN program.

In preview, DAXXIFY was shown to deliver 12-plus weeks of sustained symptom control for patients that previously had experienced early symptom breakthrough with conventional toxins and up to 16 weeks or more for many other patients. The majority of these early pre accounts are also now purchasing DAXXIFY. In the second quarter, we also added a greater number of new accounts to our existing preview injectors and of the total number of accounts that have ordered to date, over 40% have already reordered DAXXIFY second time.

On the payer and reimbursement front, taxes to DAXXIFY continues to increase, reaching more than 240 million lives covered with commercial coverage increased to 84% of total lives. Additionally, DAXXIFY has been placed on the national formulary for the Department of Veteran Affairs and Department of Defense. DAXXIFY for cervical dystonia is also covered by each of the 12 Medicare administrative contractors with greater than 30 million Medicaid lives now covered.

While we continue to make major strides in our mission to bring DAXXIFY to underserved U.S. cervical dystonia patients, we continue to anticipate that initial revenues will be modest given the conservative

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:25-cv-00018   Document 53-10    Filed 08/28/25    Page 6 of 19 PageID #: 979    **5**

nature of treating physicians, reimbursement dynamics and CD market size. Longer term, we remain bullish on DAXXIFY's potential in the cervical dystonia market and in subsequent therapeutic indications.

Now let me hand the call over to Tobin to cover our second quarter financials.

**Tobin C. Schilke**
*CFO & Principal Accounting Officer*

Thank you, Mark. Our press release and our Form 10-Q detail our financial results in full, so I will only go over the highlights on this call. Total net revenue for the second quarter ended June 30, 2024, was $65.4 million compared to $54.4 million for the same period in 2023, representing an increase of 20% due to an increase of DAXXIFY and RHA collection volumes despite a soft filler market.

Net revenue for the second quarter ended June 30, 2024, included $36.6 million of RHA collection revenue, $28.7 million of DAXXIFY revenue. Additionally, we had $0.1 million of collaboration revenue amortized from our deferred revenue balance related to our Viatris collaboration. Total net revenue for the 6 months ended June 30, 2024, was $117.3 million compared to $100.2 million for the same period in 2023.

Total GAAP operating expenses for the 3 and 6 months ended June 30, 2024, were $99.9 million and $198.7 million, respectively. Excluding the cost of product revenue, stock-based compensation, depreciation and amortization, non-GAAP operating expenses for the 3 and 6 months ended June 30, 2024, were $74.8 million and $148.5 million, respectively.

Revance continues to expect 2024 total net product revenue, which includes sales of DAXXIFY and RHA collection to be at least $280 million. Revance now expects 2024 GAAP operating expenses from its continuing operations to be between $430 million to $450 million, down from $460 million to $490 million. This updated outlook is primarily driven by lower actual and projected stock-based compensation.

Revance expects our non-GAAP operating expenses from continuing operations to be in the lower end of a range of $290 million to $310 million. Revance continues to expect non-GAAP SG&A expenses from continuing operations to be between $240 million to $255 million. On the balance sheet side, our current cash position, $232.2 million of cash, cash equivalents and short-term investments as of June 30, 2024, in combination with our operating plan provides us with multiple levers to achieve positive adjusted EBITDA in 2025.

Finally, Revance's shares of common stock outstanding as of July 31, 2024, were approximately $104.8 million with approximately 113.8 million fully diluted shares, excluding the impact of convertible debt.

And with that, I'll turn the call back over to Mark.

**Mark J. Foley**
*CEO & Director*

Thank you, Tobin. In the second half of 2024, we remain focused on delivering net product revenue of at least $280 million while managing spend to reach positive adjusted EBITDA in 2025. We are encouraged by the unit and sales gains across both DAXXIFY and the RHA Collection and by the early response we are seeing to our cervical dystonia launch in therapeutics. In short, we are focused on execution, and I'm delivering on our stated goals.
With that, I will now open the call up for questions. Operator?

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.
spglobal.com/marketintelligence

# Question and Answer

**Operator**

We'll now begin the Q&A session. [Operator Instructions] The first question comes from Seamus Fernandez with Guggenheim.

**Seamus Christopher Fernandez**
*Guggenheim Securities, LLC, Research Division*

So just wanted to get a sense for how you see us advancing towards the at least $280 million guidance number. Third quarter historically has been a challenging quarter for aesthetics, but we're a good way through the third quarter.

So just trying to get a sense of how you think the third quarter, how we should be thinking about that kind of flat quarter-over-quarter with the second quarter? Or should we anticipate that it could be down somewhat, which certainly would imply a robust step-up in the fourth quarter to make that $280 million revenue number on the basis of the regular way business. So just trying to get a better sense of what proportion of that or how we should be thinking about that sequentially?

And then separately, can you just help us understand a little bit how we're likely to see -- with the additional coverage, the VA coverage. Do you see that as an opportunity to accelerate the therapeutic opportunity into 2024? Or should we still be thinking about 24% as a very modest contribution.

**Tobin C. Schilke**
*CFO & Principal Accounting Officer*

Great. Thanks, Seamus. It's Tobin. So on your first question, in terms of how to think about the $280 million and sort of how to model that, as you know, we don't give quarterly guidance. But as we sit here today through the end of Q2, we've delivered kind of roughly 40% of that number. And so we're looking to deliver 60% in the back half. I would break it into components. The RHA is a little bit more mature product line for us.

And so that's going to move a little bit more consistently with the normal seasonality of the business plus some growth in it, whereas obviously, where we are with DAXXIFY and the new pricing and the messaging that we have and given that we're in a smaller number of accounts, we would expect to see sequential growth quarter-on-quarter with Q4 seasonally being the largest quarter of the year. And so we like where we're positioned.

We're very pleased with the Q2 that we delivered. And so that's kind of how we think about moving through the balance of the year. Also, we've got CD, which is starting to come online, which gets to your second question, but that will always start to contribute more as we move to the back half of the year, and that's something that we didn't have in the first half of the year.

In terms of additional coverage and you talked about sort of the VA and the Department of Defense, I mean, all this is going to help. But yes, we would expect the revenue to be modest for therapeutic this year. Just even though we've made great strides on the reimbursement side, the priming of the pump in playing that through on the back end just takes time, and it's a conservative user group that tends to treat a few patients watch, make sure that they can get paid because it's buy and bill. And so again, we really like what we're seeing clinically, but we think the commercial impact from a revenue standpoint will be modest. But obviously, as we move through the balance of the year, we'll start to step up.

**Seamus Christopher Fernandez**
*Guggenheim Securities, LLC, Research Division*

Great. And if I can just add one additional question. Galderma is talking about bringing competition into the international markets, international marketplace and you have an approval in Australia. Trying to get a sense of how you see the competitive landscape evolving with longer acting, botulinum toxin in the

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

next couple of years. And do you see a path towards potentially monetizing your asset and international markets as the right approach?

I know historically, we've talked about keeping this as a global brand as for potential sale should an outside acquirer be interested. But just wondering if nondilutive efforts are under consideration at this point.

**Mark J. Foley**
*CEO & Director*

Yes. So why don't I start with the second one first in terms of kind of how we think about growth opportunities outside of the U.S. Listen, we're going to continue to be pragmatic and make what we think are good business decisions. We think that there's certainly huge opportunity outside of the U.S. We've filed for approval in Australia. We've demonstrated that with, for example, our Fosun partnership that having the right partnership might make sense. And so we will continue to actively evaluate options on that side of it. And if it turns out that going down that path, we think makes more sense for the business, then that's an option for us, certainly on that side of it.

And again, as we kind of get a little bit more mature in the U.S. market, we think it's also going to enhance sort of the value and the opportunity internationally. In terms of competition on the long-acting side, listen, we think that right now, anything that raises visibility to the opportunity to have a longer-lasting product is going to sort of lift all boats on that side of it. So we would welcome that dialogue and discussion. The great thing about DAXXIFY is it's more than -- there's a lot more about the product than gestation.

Given the peptide formulation, what we're seeing is not just fast onset, but really the skin quality effect that we think is unique. And as we've described before, we're able to get the extended duration with the same amount of core toxin. And why is that important? Well, it's important because as you start to increase the amount of toxin that you deliver in order to get extended duration, you have the ability to potentially lose control over where it goes and sort of the look that you're going for.

And so the nice thing with DAXXIFY is of those that are working on longer acting. We've not heard anything fundamentally different about the actual formulation itself. And so again, we think it's going to help grow that overall category. And given our novel peptide formulation, we think we're going to be really well positioned. So yes, international provides a good opportunity for us in terms of the different ways that we think about it. And we actually think that more people talking about long duration is going to be a good tailwind for us.

**Operator**

Thank you. The next question comes from the line of Chris Shibutani with Goldman Sachs.

**Chris Shibutani**
*Goldman Sachs Group, Inc., Research Division*

A couple of questions in terms of your margins and spending. On the margin front, can you just give us a sense and look to see if you're trying to be very mindful of operating expenses because I think going to that EBITDA breakeven line. Maybe help us understand how gross margins are progressing and what factors perhaps might be in there as you're increasing, I would presume in some of your volumes in anticipation of the therapeutics launch.

And then secondly, on the marketing effort in spend, your commentary included the launch of what seems to be sort of more of a bundling type approach. Can you help us understand whether that is influencing the shape of spending as we think about the next several quarters going forward. Obviously, there would theoretically be a good return on that as a strategy familiar to the marketplace. But help us understand some of the push-pulls across that achieving the EBITDA breakeven at the gross margin level and then the spending on the market?

**Mark J. Foley**
*CEO & Director*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 3:25-cv-00018   Document 53-10   Filed 08/28/25   Page 9 of 19 PageID #: 982

Great. Thanks, Chris. Tobin, why don't I turn it over to you to talk about the spend gross margin, a little bit on the marketing and then I can build on that on the marketing in terms of the programs and what we're seeing.

**Tobin C. Schilke**
*CFO & Principal Accounting Officer*

Perfect. Thanks. Great question, Chris. So we reported about 73% gross margin and about 72% for the first half of 2024. When you take into account the 0-cost inventory associated with DAXXIFY that was expensed prior to approval, gross margin profile is within sort of around 70% combined for RHA and DAXXIFY. And as you think about the levers to improve that margin, which we've long guided to over 80%, it's twofold.

One is the volume shift towards DAXXIFY, which is a higher-margin product than RHA. RHA, we partner with TEOXANE SA. And so that is generally at a fixed gross margin because that's how they get their economics for the innovation that they have brought in the RHA collection of fillers. So as the mix shifts in DAXXIFY continues to grow in terms of volume, you will see that margin increase that way. Secondly, drilling down into DAXXIFY, we've taken steps and invested over the last several years to move DAXXIFY to more efficient production method.

So as we scale our production in AGI in the U.S., our contract manufacturer. And then also further on, as we get approved in LSE PCI facility in New Hampshire, we'll be able to further improve our gross margins with DAXXIFY with the size and scale from those facilities that they're able to produce versus our facility in New York.

**Mark J. Foley**
*CEO & Director*

And then on the marketing side, Chris, I mean, we sort of have a steady state spend right now on the marketing. And I think programs like we ran in Q1 around the coupon and what you're seeing now with The Beauty of Savings around portfolio designed to create more leverage in accounts where we already have a relationship, we think is going to help us drive deeper and create more stickiness in the brand. And so we obviously can flex that.

We're using some of these programs to better inform where we want to lead in more. But we like what we're seeing, and we've got a variety of things that we're doing in pendent of that around social, digital because one of the things that we're also starting to see with DAXXIFY is at the beginning, it was really incumbent around the injector to kind of do a lot of the promotional work. But now if consumers are getting more experience seeing the benefits of the product, they're asking for by name.

And so, from a KPI standpoint, we're seeing good healthy growth and awareness. We're seeing good healthy growth in terms of media share of voice. And so, we're seeing a lot of the desired results. And so, we've got an amount of sort of steady-state marketing built into it that we think is sufficient to drive the revenue growth targets that we have, and we'll continue to optimize that as we move out through the balance of the year.

**Operator**

Tank you. The next question comes from the line of Stacy Ku with TD Cowen.

**Stacy Ku**
*TD Cowen, Research Division*

We have a few. So first, can you characterize those 3,700 plus accounts that you added for DAXXIFY? That's up from what we believe around 3,500 in Q1. So as you're broadening in accounts, are you just focused on getting lower accounts that are more high quality? Or is it just the sales force was launching both the new filler option and DAXXIFY as well. So just help us understand the accounts added for Q2.

And then a follow-up on that, as you're broadening the DAXXIFY launch, you talked last quarter about the expectations and targets for new accounts. How do you feel about kind of the expertise new set? Where

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 3:25-cv-00018   Document 53-10   Filed 08/28/25   Page 10 of 19 PageID #: 983   **9**

are you there? Obviously, I can't disclose I'm definitely you're not going to disclose your own KPIs, but just help us understand how the broadening of the DAXXIFY is going in your view?

And then last, for RSH, is the Q2 performance mainly ascribed to the Lip launch? And is that why you might expect some growth into Q3 and Q4? Just help us understand the cadence of RHA launch for the rest of the year?

**Mark J. Foley**
*CEO & Director*

Sure. So let us take notes here. So really, in terms of new account adds, we actually, I believe, and Tobin keep me honest on this, I think we were around 3,000 DAXXIFY at the end of Q1. And so we're saying now that we've got that's 3,700. So actually, we've seen go od night acceleration in new accounts on DAXXIFY, and we think it speaks to the change in strategy.

So we're encouraged with what we're seeing and that is a part of our strategy to drive the necessary revenue through the balance of the year. Again, it's a combination of going deeper as people experiment and get comfortable with where DAXXIFY fits in their practice to go deeper and then drive some of these new ones. And so actually, we were very encouraged with sort of the new account adds that we saw.

In terms of the target for new accounts, obviously, with kind of the growth initiatives that we have in place, it will be an important part of our strategy. But where we said we're roughly 7,500 aesthetic accounts since the end of Q2, 3,700 accounts in DAXXIFY. We still have a long way to go in terms of market penetration. And so we think the nice thing is, is we've got, again, a long runway. And so right now, we're tracking where we want to be in terms of that mix of new accounts. But we also saw a good strong volume in reordering accounts. We said that roughly over 3/4 of our revenue came from reordering accounts. So that's how we think about the phasing in the target for new accounts.

In terms of RHA and the lip launch and the impact that that had, I think that part of it is, Stacy, as you're aware that when we made the change in the DAXI strategy, we indicated that we were spending more time doubling back with accounts to go deeper. And so now that we've sort of moved beyond that phase, we've been able to focus more now on the lip launch in RHA 3 and the portfolio. So we think that we've got a very good foundation of RHA. We're doing a lot more on the clinical training.

And actually, there's some noise out there in the market around people not wanting to look artificial. And one of the great things about the RHA portfolio is that it's the least modified of the different hyaluronic acid fillers out there. It's designed to leave a very natural look. And so we think that that's feeding into this as well. So I think it's just -- we've hit our stride with DAXXIFY in terms of the messaging and the pricing certainly lift health and now that we think that we can start to leverage the synergies between the 2, that's how we think about the back part of the year.

**Stacy Ku**
*TD Cowen, Research Division*

Okay. That's incredibly helpful. If I could ask just a quick follow-up then, based on your responses. Just for that relaunch, I think many investors are looking for a signal that there is a recovery that things are kind of going the right way now that you've kind of changed your pricing strategy. So do you think that Q3, you'll still see some kind of signal of the recovery? Or is it really going to be a Q4 event where it's seasonally strongest.

**Mark J. Foley**
*CEO & Director*

No, I mean, I think we commented earlier that we would expect product line to follow more seasonality with some growth, whereas the DAXXIFY given where we are, that we'll see sequential growth through the balance of the year. We saw pretty meaningful growth on a year-over-year basis, 65% even though Q2 last year was a launch quarter for us.

And as we look at coming into Q3 and Q4, we're now going to be starting to look at an ASP level, too, that's going to be comparable. And so, I think that, that will even show stronger performance on a year-

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

over-year basis. So we would expect, again, sequential quarterly sequential growth with DAXXIFY. But as we saw the quarter-over-quarter and the year-on-year growth, both in units and in revenue, we're encouraged with the trend that we're seeing.

**Operator**

The next question comes from Balaji Prasad from Barclays.

**Mikaela Lee Franceschina**
*Barclays Bank PLC, Research Division*

This is Franceschina for Balaji, could you give us a time line for the upcoming Fosun approvals in China and the expected milestone payments associated with approvals and will still follow on commercialization plans. And in addition to that, could you also talk about the pricing dynamics for DAXXIFY between the aesthetic and therapeutic pricing because on the therapeutic and you have to do the pricing and net price goes to a negotiation with the payers on the aesthetic end, you will give the discounts to the cash discount. So how would you balance aesthetic pricing and therapeutic pricing.

**Mark J. Foley**
*CEO & Director*

Toby, do you want to take the Fosun and the milestones?

**Tobin C. Schilke**
*CFO & Principal Accounting Officer*

Yes, Mark. Sorry about that, so on the Fosun, we submitted the GL indication for the Chinese regulatory authorities in April of 2023 and cervical dystonia indication in July of 2023. Fosun has guided the market to say that they expect a 12- or a 14- to 16-month approval time frame for both of those indications. So we expect that, that will be happening, and we're working hard with Fosun to support them for approvals of both indications in this calendar year.

In terms of upfront payments, since the history, we signed the contract in December of 2018, we received a total of $38 million subject to Chinese withholding tax of 10%. And we have additional $222 million of contingent milestone payments. So we would expect that there would be some milestones. We haven't given the exact figures per company policy of what we would expect for approval in China for both the glabellar lines and the cervical dystonia approval.

**Mark J. Foley**
*CEO & Director*

And then for your question regarding the pricing linkage between therapeutics and aesthetic yes, I mean, even though it's the same BLA, the pricing will be the same, what's different for us is we launched aesthetics first. And so the ASP that we're driving in aesthetics is going to form the basis for what we charge in therapeutics. And so, we've already taken that into account, and we've set up our different reimbursement contracts and everything around that. And so they'll continue to be linkage between the 2.

**Operator**

Thank you. The next question goes to the line of David Amsellem with Paper Sandler.

**David A. Amsellem**
*Piper Sandler & Co., Research Division*

A couple of quick ones from me. First, can you talk about the competitive landscape in the seller space. particularly with another entrant coming in? And just how you see things evolving over time? Do you think that the market ultimately is going to be able to accommodate a more crowded competitive landscape. So that's number one on the fillers.

And then turning over to DAXXIFY and Therapeutics. This is going back a few years, where you had, I think, cast more of a wide net in terms of different development programs in the therapeutic setting.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:25-cv-00018    Document 53-10    Filed 08/28/25    Page 12 of 19 PageID #: 985

Obviously, you're looking to balance that out with controlling spend. But I'm wondering, over time, as you get to profitability, how you're thinking about other indications for DAXXIFY and therapeutic setting? And how much of a priority that is?

**Mark J. Foley**
*CEO & Director*

Sure. Thanks, David. So on the competitive entrance side, particularly on fillers, I think this is where the product profile really matters, the breadth of indications and again, the breadth of the product itself. And so we'll continue to see competition there, but I think there's a reason that some products stand out more than others in terms of the performance. And as we talked earlier, given the way that the RHA products are constructed and more natural, we think it fits really well and for what people are looking and there are some differences in the product line, particularly with like RHA re-density and others that we're hearing the strong brand preference for.

So we think that not only having the filler line, but having a toxin to partner with it are also going to be really helpful in terms of going into accounts and providing a compelling bundle that works for them. And so we feel very good. And again, we're still early innings in terms of penetration.

In terms of DAXXIFY and Therapeutics, you're right, we're trying to be thoughtful about how we invest in the therapeutic category, what's the right timing to launch additional indications given that it takes a while from start to finish. So we think really CD is a great entryway into that to lay the foundation for further growth. And in the muscle movement category, which is upper and lower limb spasticity in cervical dystonia, that's collectively a $1 billion market opportunity in the U.S. And so we believe we're going to learn a lot in the cervical dystonia launch, and we'll be able to partner with these clinicians in terms of next steps.

We have completed, as we talked about before, our Phase II program for upper limb spasticity. We had our end of Phase II meeting. So we know what the program would look like to activate the Phase III. And so it's just a function of when do we think it's the right time to lean in on that. And then we've done also an IoT and migraine to generate some of the early data there to inform that strategy. And so we think long term, there's a very healthy opportunity. It's just a matter of, to your point earlier, what's the right timing and we're continuing to evaluate that.

**Operator**

Thank you. The next question comes from the line of Annabel Sammy with Stifel.

**Annabel Eva Samimy**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

So I just want to confirm, have you washed out all of the accounts that have purchased under the prior price change. Is there still any impact lingering, I guess, from the sort of, I don't know, so-called coupon that you offer them to sort of make them whole on that. So that's the first question.

The second is, can you talk a little bit about the loyalty program, the beauty of savings? Is this volume based? Or is it as soon as they order the products together? How exactly are they incentivized here? And then anything on the consumer side in terms of more comprehensive couponing for the actual patients?

**Mark J. Foley**
*CEO & Director*

Thanks, Annabel. So in terms of the kind of where we are with the coupon that we ran in Q1, that sun setted at the end of April, and so that's done. And so there's no lingering effect there because of the time frame for redemption on that. So that's fully pulled through and done. And we recognized primarily the offset of that program in Q1. Then it was effective. People really like the program. It did what it was intended to do, which is to drive more patient trial and experience and engagement from the injector side of it.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 3:25-cv-00018    Document 53-10    Filed 08/28/25    Page 13 of 19 PageID #: 986

It was obviously less than optimal from a revenue perspective because we had to take the full offset. But we'll take those learnings forward in terms of how we think about subsequent programs. The beauty of savings was kind of a halo program that cut across therapeutic promotions, DAXI promotions and bundling promotions. And a lot of what we're doing right now is we are linking sort of purchases to training events since we found that a lot of the injectors, particularly given the unique performance profile of our products really appreciate and find a lot of value in training and education, particularly when we can bring in sort of leaders in the industry that they can spend time with.

And so that's been a big part of the beauty of savings. And then certainly on the bundling side, there's some additional economic advantages to folks that lean in at certain levels across the portfolio. And we like what we're seeing, and we're seeing additional share in those accounts where we've been able to roll that out.

In terms of the kind of how we think about go forward, couponing and what we're going to do, we're continuing to evaluate sort of what the return is. We don't have anything right now that's planned to be rolled out, but we're continuing to evaluate other ways that we might want to incentivize consumer engagement and programs and that sort of stay tuned on that.

**Annabel Eva Samimy**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And if I could just squeeze one more in on the therapeutic side. I mean, you have stated a number of very positive statistics. You have your 84% commercial coverage, you're working with Medicare plans or Medicaid plans, you have the turn defense veterans and then you are even stated a reorder rate. So I guess I'm curious if there was any residual revenues for therapeutics and the DAXI number? I'm just a little surprised that you have all these -- this progress and you're not reporting any revenues at all?

**Mark J. Foley**
*CEO & Director*

Yes. Well, I think if you -- first off, when you look at the metrics we gave around the aesthetic side, so we saw a 65% year-over-year unit growth. So almost all of the DAXI revenue is being driven by aesthetics. We didn't launch until May, and so there was a limited amount of time. And again, the way that these practices buy even that CDC is still a pretty small market, it's $340 million in the U.S.

The practices don't buy in volume. They buy to treat patients on the buy and bill. And again, even though you've got reimbursement in place, they want to make sure that when they run it through their own system that they're getting paid. So they'll tend to treat 1, 2, 3 patients and then wait the full reimbursement cycle before they see if they're going to get paid.

And so while we like what we're seeing clinically, we like the progress that we're making on the reimbursement side. It's a conservative group, and a lot of these practices only see a certain number of these. And so we -- again, we just think it's going to take us time. I think we're pointing to sort of the clinical utility and value that DAXXIFY brings, but it's just going to take a little while to unlock some of the revenue that's going to be associated with it.

**Operator**

Thank you. Next question goes to the line of Tim Lugo with William Blair.

**Lachlan Hanbury-Brown**
*William Blair & Company L.L.C., Research Division*

This is Lachlan on for Tim. So Mark, I was wondering, can you talk about any changes in how DAXXIFY being used by the existing accounts since the price change? I mean are they beyond just using it more, as they change where they use it? Is it more off-label or different doses or anything?

And second, Toby mentioned the soft for market, and I think we've seen that sort of some softness across aesthetics with competitor reports as well. So just wanted to get your latest thoughts on sort of the state

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.
Case 3:25-cv-00018   Document 53-10   Filed 08/28/25   Page 14 of 19 PageID #: 987

of the market for both toxins and fillers and if there's any particular either driving the weakness or that you think could bring it into it?

**Mark J. Foley**
*CEO & Director*

Thanks, Lachlan. So in terms of DAXI how it's being used, I think with all these products, the more familiar they get with it, the more comfortable they get, and that's toxin ban fillers across. And so certainly, the more people use it, the more comfortable. And while we are on label for a certain reconstitution, for example, we know that some practices really like to adjust sort of how they reconstitute and how they administer and they do that with all the other taxes. And so I think we're finding that within any given practice, they're adapting what they believe is the best way to deliver to get the outcome that they want.

We run Phase II trials in upper facial lines and what we hear in the marketplace is that injectors are comfortable using DAXI in a similar fashion to the other neurotoxins. And so I don't know that we're necessarily seeing much of a change in terms of where they use the product, I think they're comfortable with where they use it. But I think it's more in the function of like how do they reconstitute, how do they dose. We definitely have seen some learning with the forehead, for example.

We've heard that DAXXIFY appears to be more precise. So where you deliver it, it stays, you see less diffusion. And so for the forehead, which is a broader area, we hear that some accounts, for example, are doing more injection points, but just smaller delivery to make sure that they get the desired outcome. And I think the forehead is one of those areas that people need to take a little bit more time to figure out. And then we'll see range. Some are solely the full dose. Some have moderated their dose a little bit. Some adjust their dose and may be a little different in Labella lines versus forehead.

And so the good news is, I think that with any new product, there's going to be its own unique personality, and particularly with a product like ours, that has a very different formulation with the peptide. But I think universally, what we're hearing for those accounts that are seeing the positive impact and the reinforcement is that they're saying it's different. What I'm seeing in terms of the onset skin quality, it's different than I can't get with the others, and that's kind of where we see the real stickiness. And so we'll continue to try and make sure that we do everything we can to support these accounts and get them the proper training.

In terms of the overall market dynamics in terms of the soft filler market, yes, I think it's a combination of just some of the market dynamics out there and some of the spend challenges that some consumers are having. And then certainly on the filler market, we've heard a little bit about the concern about looking artificial and not natural. And as I said previously, we think that, that fits really well with RHA product line because, again, it's the most natural. It's got an indication around dynamic wrinkles and folds, meaning it's designed to move naturally with facial expression and make sure it looks very natural. And we're still in a small number of accounts. So we have the benefit of being in growth mode.

The toxin market seems to be pretty steady. And I think we've seen that in past times with even an economic downturn in 2008. And I think it's a lower cost treatment procedure. And I think once people get used to the outcome, it's a little bit like hair color, where they feel now they need my wrinkles to back and go. So the toxin market feels more stable and steady. The filler market has been a little more soft. But obviously, with the print that we put up in Q2, we feel like we've got the product line and the strategy and the execution to continue to drive good growth.

**Operator**

The next question comes from Uy Ear with Mizuho.

**Uy Sieng Ear**
*Mizuho Securities USA LLC, Research Division*

So I guess my first question is, would you be able to share with us the market share that you've gained in this quarter as you did in the previous quarter for DAXXIFY as well as for RHA. And secondly, what

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:25-cv-00018    Document 53-10    Filed 08/28/25    Page 15 of 19 PageID #: 988

percentage of the 15% year-over-year growth in RHA came from the lift product? And thirdly, I just want to make sure, did you guys add any account overall at all because the press release says over 700 accounts and that was what was reported in the first quarter.

**Mark J. Foley**
*CEO & Director*

Yes. So let me hit that one first. Toby, do you want to comment just on the account side of things because I think that there's an...

**Tobin C. Schilke**
*CFO & Principal Accounting Officer*

Yes, and I appreciate the question, Uy Ear and Stacy. Before I finish, we would like to draw your attention to a numerical error on the second quarter release. We should have said that we ended the second quarter at over 8,000 aesthetic accounts and over 4200 accounts that have ordered DAXXIFY. I apologize about that, and to speak to Stacy's confusion earlier and your confusion. So again, this should be 8,000 aesthetic and 4,200 DAXXIFY accounts.

**Uy Sieng Ear**
*Mizuho Securities USA LLC, Research Division*

Thanks for clarifying that.

**Mark J. Foley**
*CEO & Director*

So on your question on the market share side of it, we're one of the 2 companies that has reported market share in the past. So I think it's a little harder to necessarily compare it and as always the debate about what the source is. But if you look at the unit growth that we saw with DAXXIFY, the revenue growth that we've seen with DAXXIFY, I mean I think it's fair to conclude that we're continuing to see good, healthy metrics around what that looks like.

And then on the RHA side, the same thing, given that the market filler softness and growing 15% year-over-year, we continue to take share on that side of it. And so I think from our perspective and in discussions with investors, I think what they're most focused on is independent of sort of what's happening in the market, are you growing? And are you seeing good healthy metrics. And so we feel good about sort of the metrics that we're putting up. And even in a market that has seen a little bit of softness of the overall growth there.

In terms of the 15% year-over-year growth and question about how much is that is attributed to the list, that's really hard to know because even though we have an indication for RHA 3 for lips, we do know that practices use a variety of different SKUs to treat the lips. They have their own sort of preference on it. And then secondly, it's hard to know whether or not the product they use, where it's used in the face.

We saw good healthy growth across the portfolio of the RHA product line. We obviously went in and did some other promotions and incentives and training around RHA 3. And so while this certainly was something that we're able to leverage to create excitement and engagement, we saw that translate into broader usage across the Phase II.

**Operator**

The next question comes from the line of Serge Belanger with Needham & Company.

**Serge D. Belanger**
*Needham & Company, LLC, Research Division*

I guess first one for Mark. We're soon coming up on the 1-year anniversary when you change the pricing and marketing strategy around DAXI. So just curious where the price profile now stands relative to where we were a year ago and whether you expect that will change over the second half of the year? And then similarly, again, on pricing, but on the consumer side, now that we're one more quarter since you

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 3:25-cv-00018   Document 53-10   Filed 08/28/25   Page 16 of 19 PageID #: 989

dropped restrictions on advertising pricing. What kind of movements you've seen there from your injector customers.

**Mark J. Foley**
*CEO & Director*

Yes. Thanks. So on the pricing on the year-over-year, we feel really good that we've hit sort of the right balance right now in terms of the price that we're charging our actual injectors. And so that's settled into a nice spot, and you can see that reflected in the Q2. So we've seen good steady pricing right now at the new levels. It will move a little bit because we still have the sheer pricing based on how much they buy that can influence sort of that range. But we like where we're situated from a pricing standpoint to the practice.

The next question is that how well is that being translated to the consumer? And are they taking sort of that lower price that we're giving to them and passing along to the consumer. And I would say that's taken a little bit more time, but now we do see that our pricing is coming much more in line with competitive pricing from a consumer standpoint, which is ultimately what we wanted to have happened so that we're getting out of this whole "Hey, at a premium price, the product has to have an elevated set of performance" expectations above and beyond sort of the attributes that it has, which are helping drive adoption.

And so we've been encouraged by seeing that pricing that we're giving to the injector passed along to the consumers, and we'll continue to monitor that, but we like where that's also situated. And so we're encouraged that as we come up to sort of the annual point where we made the price change, I think that it will also allow us to show healthy year-over-year gains on that as well from a revenue standpoint.

In terms of the advertised pricing, yes, I think that if we look at our awareness trends, the promotional trends that we're seeing, just I think that our injectors appreciated because they want to be able to talk about it. They want to be able to say, "Hey, I've got this next-generation toxin," kind of ask me about it. And so I think that, that's also feeding into some of the increases that again, we're seeing in awareness and some of the growth trends that we're seeing.

**Operator**

The next question comes from the line of Navann Ty with BNP Paribas.

**Navann Ty Dietschi**
*BNP Paribas Exane, Research Division*

So can you discuss the filler market recovery in H2? And do you need that market recovery to reach the revenue guidance? And second, a follow-up to a previous question, what is the contribution of RHA 3 for lips to RHA outperforming the filler market?

**Mark J. Foley**
*CEO & Director*

Thanks, Navann. So in terms of the filler market health, again, even in the midst of what I would say was a softer filler market, the first half of the year and certainly in Q2, we drove really healthy revenue. And so listen, we think that the HA market is going to continue to be robust and that we're continuing to focus on delivering on the revenue plan independent of the market back to drop. And so we're hoping that interest rates drop a little bit that, that will drive a little bit healthier consumer and things like that.

But so far, when we pull check with the field and the customers out there, we feel good about where we're situated today. I don't know that I have anything incremental to add on RHA 3 and sort of where it was on list. I mean Lips being the #1 procedure. It certainly helped that we were able to lean in with that. But injectors were already treating lips with other products. And so it wasn't like we opened up necessarily a new indication that wasn't getting treated. It allowed us to bring a spotlight and to promote lips with the RHA 3.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 3:25-cv-00018    Document 53-10    Filed 08/28/25    Page 17 of 19 PageID #: 990

So it definitely helps with engagement. We had sort of a whole thing about lips for framing that drove social media and digital opportunities and content sharing. But it's hard for us to sort of really know, given as I said before, that some people will use other SKUs than RHA treat the lips and we don't always know exactly where they use it, but it was certainly helpful for sure. And we'll continue to leverage that going forward. It wasn't just a Q2 initiative.

**Operator**
Thank you. That concludes today's conference call. Thank you. You may now disconnect your lines.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Case 3:25-cv-00018    Document 53-10    Filed 08/28/25    Page 18 of 19 PageID #: 991

Copyright © 2024 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2024 S&P Global Market Intelligence.