# EXHIBIT J

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## SCHEDULE 14D-9
**(Rule 14d-101)**

**Solicitation/Recommendation Statement**
**Under Section 14(d)(4) of the Securities Exchange Act of 1934**

# Revance Therapeutics, Inc.
**(Name of Subject Company)**

# Revance Therapeutics, Inc.
**(Name of Persons Filing Statement)**

**Common Stock, par value $0.001 per share**
**(Title of Class of Securities)**

**761330109**
**(CUSIP Number of Class of Securities)**

**Mark J. Foley**
**President and Chief Executive Officer**
**1222 Demonbreun Street, Suite 2000**
**Nashville, TN 37203**
**(651) 724-7755**
**(Name, address, and telephone numbers of person authorized to receive notices and communications**
**on behalf of the persons filing statement)**

*With copies to:*

**Howard Ellin**
**Demetrius Warrick**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West**
**New York, New York 10001**
**(212) 735-3000**

☒     Check the box if the filing relates solely to preliminary communications made before the commencement of a tender offer.

This Schedule 14D-9 filing relates solely to preliminary communications made before the commencement of a planned tender offer (the "Offer") by Reba Merger Sub, Inc. ("Merger Sub"), a wholly owned subsidiary of Crown Laboratories, Inc. ("Parent" and together with Merger Sub, the "Buyer Parties"), for all of the outstanding shares of common stock, par value $0.001 per share of Revance Therapeutics, Inc. (the "Company"), to be commenced pursuant to the Agreement and Plan of Merger, dated August 11, 2024 (the "Merger Agreement"), among the Company, Merger Sub and Parent. If successful, the Offer will be followed by a merger of Merger Sub with and into the Company (the "Merger").

This Schedule 14D-9 filing consists of the following document relating to the proposed Offer and Merger:

- Exhibit 99.1: All Employee Memo

**Additional Information and Where to Find It**

The tender offer described in this Schedule 14D-9 has not yet commenced. This Schedule 14D-9 is not an offer to buy nor a solicitation of an offer to sell any securities of the Company. The solicitation and the offer to buy shares of the Company's common stock will be made only pursuant to a tender offer statement on Schedule TO, including an offer to purchase, a letter of transmittal and other related materials that the Buyer Parties intend to file with the SEC. In addition, the Company will file with the SEC a Solicitation/Recommendation Statement on Schedule 14D-9 with respect to the tender offer. Once filed, such documents will be mailed to the stockholders of the Company free of charge and investors will also be able to obtain a free copy of these materials (including the tender offer statement, Offer and the related letter of transmittal) as well as the Solicitation/Recommendation Statement and other documents filed by the Buyer Parties and the Company with the SEC at the website maintained by the SEC at www.sec.gov. Investors may also obtain, at no charge, any such documents filed with or furnished to the SEC by the Company under the "News" section of the Company's website at www.revance.com. The information contained in, or that can be accessed through, the Company's or Parent's website is not a part of, or incorporated by reference herein.

INVESTORS AND SECURITY HOLDERS ARE ADVISED TO READ THESE DOCUMENTS WHEN THEY BECOME AVAILABLE (AND EACH AS IT MAY BE AMENDED OR SUPPLEMENTED FROM TIME TO TIME), INCLUDING THE TENDER OFFER MATERIALS (INCLUDING THE OFFER, THE RELATED LETTER OF TRANSMITTAL AND CERTAIN OTHER TENDER OFFER DOCUMENTS) AND THE SOLICITATION/RECOMMENDATION STATEMENT OF THE COMPANY AND ANY AMENDMENTS THERETO, AS WELL AS ANY OTHER DOCUMENTS RELATING TO THE TENDER OFFER AND THE MERGER THAT ARE FILED WITH THE SEC, CAREFULLY AND IN THEIR ENTIRETY PRIOR TO MAKING ANY DECISIONS WITH RESPECT TO WHETHER TO TENDER THEIR SHARES INTO THE TENDER OFFER BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION, INCLUDING THE TERMS AND CONDITIONS OF THE TENDER OFFER.

**Cautionary Statement on Forward-Looking Statements**

Certain statements either contained in or incorporated by reference into this document are "forward-looking statements." The use of words such as "anticipates," "hopes," "may," "should," "intends," "projects," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. All statements, other than statements of historical fact, are forward-looking statements. These forward-looking statements include, among others, statements relating to the Company's and Parent's future financial performance, business prospects and strategy, expectations with respect to the Offer and the Merger, including the timing thereof and our and the Buyer Parties' ability to successfully complete such transactions and realize the anticipated benefits. Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others, the risks and uncertainties inherent in the Offer and the Merger, including, among other things, regarding how many of the Company stockholders will tender their shares in the Offer, the possibility that competing offers will be made, the ability to obtain requisite regulatory approvals, the ability to satisfy the conditions to the closing of the Offer and the Merger, the expected timing of the Offer and the Merger, the possibility that the Merger will not be completed, difficulties or unanticipated expenses in connection with integrating the parties' operations, products and employees and the possibility that anticipated synergies and other anticipated benefits of the transaction will not be realized in the amounts expected, within the expected timeframe or at all, the effect of the announcement of the Offer and the Merger on the Company's and Parent's business relationships (including, without limitations, partners and customers), the occurrence of any event, change or other circumstances that give rise to the termination of the Merger Agreement, the expected tax treatment of the transaction, and the impact of the transaction on the businesses of the Company and Parent, and other circumstances beyond the Company's and Parent's control. You should not place undue reliance on these forward looking statements. Certain of these and other risks and uncertainties are discussed in Company's and Parent's filings with the SEC, including the Schedule TO (including the offer to purchase, letter of transmittal and related documents) the Parent and Merger Sub will file with the SEC, and the Solicitation/Recommendation Statement on Schedule 14D-9 the Company will file with the SEC, and our most recent Form 10-K and Form 10-Q filings with the SEC. Except as required by law, neither we nor the Buyer Parties undertake any duty to update forward-looking statements to reflect events after the date of this document.

**Exhibit 99.1**

From: Mark Foley

Date: September 5, 2024

Subject: CEO Business Update

Revance Family,

I hope everyone had a great holiday weekend and that you found time to relax with family and friends. It has been a few weeks since our merger announcement, so I wanted to take time out to provide an update on important work that has been underway. While it is still early on, these are important foundational steps on our path to becoming a unified team.

- **Integration Management Office (IMO):** An integration working team has been established, which includes Revance and Crown leaders responsible for both planning and leading the successful integration of our two companies.

- **Engagement:** Several meetings between Revance and Crown leaders have taken place and are continuing, to foster collaboration, teamwork and engagement across our teams.

- **Listening:** We are taking time to listen, learn and compile important feedback from employees, partners, customers and KOLs.

- **Preparation**: A significant early-stage focus has been on planning, with the aim to begin launching and implementing these plans as soon as the merger is finalized.

We will be hosting a Town Hall meeting toward the end of September and have invited the Crown team back to share more information and updates (invite is forthcoming).

I recognize this time of transition can feel unsettling, so I am deeply grateful for your persistence, partnership and patience as we navigate this change together. A few reminders as we move forward:

- It is important we remain focused on delivering our current business objectives and that we support our customers, patients and teammates.

- Until the merger is finalized, both Revance and Crown continue to operate as separate and independent companies; each of our respective teams should operate "business as usual" until then.

- Should any outside parties inquire about the merger, we ask that you do not comment or provide any details. You can direct these individuals to laurence@newstreetir.com.

On behalf of ECOMM, I want to once again express our appreciation for your hard work and our optimism for the future as we unite our two best-in-class teams. Together, we have the opportunity to launch a new company that will be one of the world's leading global aesthetics and skincare companies poised to achieve unprecedented success.

Best,

Mark

**Forward-Looking Statements**

Certain statements contained in this communication are "forward-looking statements." The use of words such as "anticipates," "hopes," "may," "should," "intends," "projects," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. All statements, other than statements of historical fact, are forward-looking statements. These forward-looking statements include, among others, statements relating to the future financial performance of Revance Therapeutics, Inc. ("Revance") and Crown Laboratories, Inc. ("Crown"), business prospects and strategy, expectations with respect to the Agreement and Plan of Merger, dated August 11, 2024 (the "Merger Agreement"), among Revance, Reba Merger Sub, Inc., a wholly owned subsidiary of Crown ("Merger Sub") and Crown, the tender offer and the expected merger of Merger Sub with and into Revance (the "Merger"), including the timing thereof and Revance's and Crown's ability to successfully complete such transactions and realize the anticipated benefits. Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others, the risks and uncertainties inherent in the tender offer and the Merger, including, among other things, uncertainty regarding how many Revance stockholders will tender their shares in the tender offer, the possibility that competing offers will be made, the ability to obtain requisite regulatory approvals, the ability to satisfy the conditions to the closing of the tender offer and the Merger, the expected timing of the tender offer and the Merger, the possibility that the Merger will not be completed, difficulties or unanticipated expenses in connection with integrating the parties' operations, products and employees and the possibility that anticipated synergies and other anticipated benefits of the transaction will not be realized in the amounts expected, within the expected timeframe or at all, the effect of the announcement of the tender offer and the Merger on Revance's and Crown's business relationships (including, without limitations, partners and customers), the occurrence of any event, change or other circumstances that could give rise to the termination of the Merger Agreement, the expected tax treatment of the transaction, and the impact of the transaction on the businesses of Revance and Crown, and other circumstances beyond Revance's and Crown's control. You should not place undue reliance on these forward-looking statements. Certain of these and other risks and uncertainties are discussed in Revance's and Crown's filings with the Securities and Exchange Commission ("SEC"), including the Schedule TO (including the offer to purchase, letter of transmittal and related documents) Crown and its acquisition subsidiary will file with the SEC, and the Solicitation/Recommendation Statement on Schedule 14D-9 Revance will file with the SEC, and Revance's most recent Form 10-K and Form 10-Q filings with the SEC. Except as required by law, neither Revance nor Crown undertakes any duty to update forward-looking statements to reflect events after the date of this communication.

**Additional Information and Where to Find It**

The tender offer described above has not yet commenced. This communication is not an offer to buy nor a solicitation of an offer to sell any securities of Revance Therapeutics, Inc. The solicitation and the offer to buy shares of Revance's common stock will only be made pursuant to a tender offer statement on Schedule TO, including an offer to purchase, a letter of transmittal and other related materials that Crown Laboratories and its acquisition subsidiary intends to file with the Securities and Exchange Commission (SEC). In addition, Revance will file with the SEC a Solicitation/Recommendation Statement on Schedule 14D-9 with respect to the tender offer. Once filed, such documents will be mailed to the stockholders of Revance free of charge and investors will also be able to obtain a free copy of these materials (including the tender offer statement, Offer to Purchase and the related Letter of Transmittal), as well as the Solicitation/Recommendation Statement) and other documents filed by Crown Laboratories and Revance with the SEC at the website maintained by the SEC at www.sec.gov. Investors may also obtain, at no charge, any such documents filed with or furnished to the SEC by Revance under the "News" section of Revance's website at www.revance.com. The information contained in, or that can be accessed through, Revance's or Crown's website is not a part of, or incorporated by reference herein.

INVESTORS AND SECURITY HOLDERS ARE ADVISED TO READ THESE DOCUMENTS WHEN THEY BECOME AVAILABLE (AND EACH AS IT MAY BE AMENDED OR SUPPLEMENTED FROM TIME TO TIME), INCLUDING TENDER OFFER MATERIALS (INCLUDING AN OFFER TO PURCHASE, A RELATED LETTER OF TRANSMITTAL AND CERTAIN OTHER TENDER OFFER DOCUMENTS) AND THE SOLICITATION/RECOMMENDATION STATEMENT OF REVANCE AND ANY AMENDMENTS THERETO, AS WELL AS ANY OTHER DOCUMENTS RELATING TO THE TENDER OFFER AND THE MERGER THAT ARE FILED WITH THE SEC, CAREFULLY AND IN THEIR ENTIRETY PRIOR TO MAKING ANY DECISIONS WITH RESPECT TO WHETHER TO TENDER THEIR SHARES INTO THE TENDER OFFER BECAUSE THEY CONTAIN IMPORTANT INFORMATION, INCLUDING THE TERMS AND CONDITIONS OF THE TENDER OFFER.