**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |
|---|---|
| IN RE REVANCE THERAPEUTICS, INC. SECURITIES LITIGATION | C.A. No. 3:25-cv-0018-EJR<br><br>District Judge Eli J. Richardson<br>Mag. Judge Jeffery S. Frensley |

**DECLARATION OF J. GERARD STRANCH, IV**
**IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, J. Gerard Stranch, IV, declare as follows:

1.      I am a member in good standing of the Bar of the State of Tennessee, and admitted to practice before this Court.  I am a Founder and Managing Member of the law firm of Stranch, Jennings & Garvey PLLC ("SJ&G"), Liaison Counsel for the Class in the above-captioned action.  I submit this declaration in support of the Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

EXHIBIT 1:      A true and correct copy of an excerpt of Revance Therapeutics, Inc.'s December 12, 2024 Schedule TO;

EXHIBIT 2:      A true and correct copy of Revance Therapeutics, Inc.'s November 7, 2024 Form 8-K with exhibits;

EXHIBIT 3:      A true and correct copy of Revance Therapeutics, Inc's February 6, 2025 Form 4 for Mark Foley; and

EXHIBIT 4:      A true and correct copy of Revance Therapeutics, Inc's February 6, 2025 Form 4 for Tobin Schilke.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 24th day of October, 2025.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ *J. Gerard Stranch IV*
J. Gerard Stranch IV

2