|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| IN RE REVANCE | ) | NO. 3:25-cv-00018 |
| THERAPEUTICS, INC. | ) | |
| SECURITIES LITIGATION | ) | JUDGE RICHARDSON |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER

Via an order (Doc. No. 34, "Order") entered March 20, 2025, the Court granted the motion of The Arbitrage Fund, AltShares Merger Arbitrage ETF, AltShares Event-Driven ETF, iMGP Alternative Strategies Fund, and Chicago Capital Management, LP (collectively, the "Institutional Investors") for "Appointment of Lead Plaintiff and Approval of Their Selection of Counsel" (Doc. No. 27, "Granted Motion"). In so doing, the Court in essence—though not expressly—necessarily denied three other motions (Doc. Nos. 19, 22, 24), each of which respectively sought the appointment of a different lead plaintiff and different lead counsel. Accordingly, the Court expressly notes at this time that each of those three motions is **DENIED.**[1]

IT IS SO ORDERED.

_Eli Richardson_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] This denial is without objection from any of the three movants, one of which filed a notice withdrawing its motion, (Doc. No. 30), and the other two of which filed respective notices (Doc. Nos. 31, 32) indicating a lack of opposition to the Granted Motion.