# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE REVANCE THERAPEUTICS, INC. SECURITIES LITIGATION | C.A. No. 3:25-cv-0018-EJR<br><br>District Judge Eli J. Richardson<br>Mag. Judge Jeffery S. Frensley |

## <u>NOTICE OF SETTLEMENT</u>

COMES NOW Lead Plaintiffs The Arbitrage Fund, AltShares Merger Arbitrage ETF, AltShares Event-Driven ETF, iMGP Alternative Strategies Fund and Chicago Capital Management, LP ("Lead Plaintiffs"), along with Defendants Revance Therapeutics, Inc., Mark J. Foley and Tobin C. Schilke ("Defendants," and together with Lead Plaintiffs, the "Parties"), who hereby notify the Court they have reached an agreement in principle on the material terms of a settlement to resolve and release on a class-wide basis all claims alleged in the above-captioned action. The settlement is conditioned on the Parties executing a written settlement agreement which will be the subject of Plaintiffs' Unopposed Motion for Preliminary Approval, which the Parties anticipate being filed within the next 30 days in this action. Based on the foregoing, the Parties respectfully request that the Court suspend ruling on Defendants' pending motion to dismiss (ECF No. 51) and stay all deadlines pending approval of the settlement.

Respectfully submitted this 18th day of February, 2026,

| | |
|---|---|
| **STRANCH, JENNINGS & GARVEY PLLC** | **RILEY & JACOBSON, PLC** |
| | By: */s/ Milton S. McGee, III* |
| By: */s/ J. Gerard Stranch, IV* | Milton S. McGee, III (BPR 024150) |
| J. Gerard Stranch, IV (BPR 23045) | 1960 West End Avenue |
| The Freedom Center | Nashville, TN 37203 |
| 223 Rosa L. Parks Avenue | Tel.: (615) 320-3700 |
| Suite 200 | tmcgee@rjfirm.com |

EC.00143444.1

Nashville, TN 37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com

*Liaison Counsel for Lead Plaintiffs and the Settlement Class*

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci (*pro hac vice*)
Robert N. Cappucci (*pro hac vice*)
Brendan J. Brodeur (*pro hac vice*)
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel.: (212) 894-7200
Fax: (212) 894-7272
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com
bbrodeur@entwistle-law.com

-and-

**ENTWISTLE & CAPPUCCI LLP**
Andrew J. Entwistle (*pro hac vice*)
Callie Crispin (*pro hac vice*)
500 West 2nd Street, Suite 1900
Austin, TX 78701
Tel.: (512) 710-5960
Fax: (212) 894-7278
aentwistle@entwistle-law.com
ccrispin@entwistle-law.com

**SAXENA WHITE P.A.**
Steven B. Singer (*pro hac vice* forthcoming)
David J. Schwartz (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com
dschwartz@saxenawhite.com

Lester R. Hooker (*pro hac vice* forthcoming)
Jonathan D. Lamet (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434

**KIRKLAND & ELLIS LLP**

By: */s/ Jordan D. Peterson*
Jordan D. Peterson, P.C. (*pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
jordan.peterson@kirkland.com

*Counsel for Defendant Revance Therapeutics, Inc.*

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

By: */s/ Christopher E. Thorsen*
Christopher E. Thorsen (BPR 21049)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Tel.: (615) 726-5600
cthorsen@bakerdonelson.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

Susan L. Saltzstein (*pro hac vice*)
Jeffrey S. Geier (*pro hac vice*)
Christopher R. Fredmonski (*pro hac vice*)
One Manhattan West
New York, New York 10001
Tel.: (212) 735-3000
susan.saltzstein@skadden.com
christo.geier@skadden.com
christopher.fredmonski@skadden.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

Jenness E. Parker (*pro hac vice*)
One Rodney Square
920 N. King St.
Wilmington, Delaware 19801
Tel.: (302) 651-3000
jenness.parker@skadden.com

Tel.: (561) 374-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com
jlamet@saxenawhite.com

*Counsel for Defendants Mark J. Foley and Tobin C. Schilke*

*Counsel for Lead Plaintiffs and the Settlement Class*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on February 18, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ J. Gerard Stranch IV*
J. Gerard Stranch IV