IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE REVANCE THERAPEUTICS, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) | NO. 3:25-cv-00018 JUDGE RICHARDSON |

## ORDER

On February 18, 2026, The Arbitrage Fund, AltShares Merger Arbitrage ETF, AltShares Event-Driven ETF, iMGP Alternative Strategies Fund and Chicago Capital Management, LP (collectively "Lead Plaintiffs"), and Revance Therapeutics, Inc., Mark J. Foley and Tobin C. Schilke (collectively "Defendants," and together with Lead Plaintiffs, the "parties") filed a "Notice of Settlement." (Doc. No. 58, "Notice"). Via the Notice, the parties informed the Court that "they have reached an agreement in principle on the material terms of a settlement to resolve and release on a class-wide basis all claims alleged in the above-captioned action. The settlement is conditioned on the [p]arties executing a written settlement agreement which will be the subject of Plaintiffs' Unopposed Motion for Preliminary Approval, which the [p]arties anticipate being filed within the next 30 days in this action." (*Id.* at 1). Also via the Notice, the parties "request that the Court suspend ruling on Defendants' pending motion to dismiss (ECF No. 51) and stay all deadlines pending approval of the settlement." (Doc. No. 58 at 1).

The relief requested in the Notice, being well-taken, is **GRANTED**. All deadlines and proceedings in this matter are **STAYED** until further ordered by the Court. The parties **SHALL** file a motion for preliminary approval of the settlement within thirty days of the issuance of this

Order. Defendants' motion to dismiss (Doc. No. 51) is **DENIED** without prejudice to being refiled in the event that the settlement is not consummated.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE