# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE REVANCE THERAPEUTICS, INC. SECURITIES LITIGATION | C.A. No. 3:25-cv-0018-EJR<br><br>District Judge Eli J. Richardson<br>Mag. Judge Jeffery S. Frensley |

**DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; (II) CERTIFICATION OF SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE TO SETTLEMENT CLASS**

I, Andrew J. Entwistle, hereby declare as follows:

1.     I am a Managing Partner with the law firm Entwistle & Cappucci LLP, counsel for Court-appointed Lead Plaintiffs and proposed class representatives The Arbitrage Fund, AltShares Merger Arbitrage ETF, AltShares Event-Driven ETF, iMGP Alternative Strategies Fund and Chicago Capital Management, LP (collectively "Plaintiffs" or "Lead Plaintiffs"), in the above-captioned action.  I respectfully submit this declaration in support of Plaintiffs' Unopposed Motion for (I) Preliminary Approval of Class Action Settlement and Plan of Allocation; (II) Certification of Settlement Class; and (III) Approval of Notice to Settlement Class.  The statements made herein are made of my own personal knowledge and, if called upon, I could and would testify competently under oath.

2.     Attached hereto as Exhibit 1 is the Stipulation and Agreement of Settlement dated March 20, 2026.

3.     Attached hereto as Exhibit 2 is the Declaration of Jed D. Melnick, Esq. in Support of Preliminary Approval of Class Action Settlement.

4.     Attached hereto as Exhibit 3 is the Declaration of Eric Nordskog in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

Executed this 20th day of March, 2026.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

Respectfully submitted,

By: */s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV

2