# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |
|---|---|
| IN RE REVANCE THERAPEUTICS, INC. SECURITIES LITIGATION | C.A. No. 3:25-cv-0018-EJR<br><br>District Judge Eli J. Richardson<br>Mag. Judge Jeffery S. Frensley |

**SUPPLEMENTAL DECLARATION OF KATHLEEN BRAUNS REGARDING: (A) CONTINUED MAILING OF THE POSTCARD NOTICE; (B) SETTLEMENT WEBSITE MAINTENANCE; (C) CONTANT CENTER SERVICES; (D) REPORTS ON OBJECTIONS AND REQUESTS FOR EXCLUSION; AND (E) CLAIMS RECEIVED TO DATE**

EC.00145131.2

I, Kathleen Brauns, declare as follows:

1. I am a Project Manager of the Class Action Administration Division of A.B. Data, Ltd. ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. I am over 21 years of age and am not a party to the Action. The following statements are based on my personal knowledge and information provided by A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2. On April 10, 2026, the Court entered its Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order," ECF No. 63),[1] which granted Lead Plaintiffs' Unopposed Motion for (I) Preliminary Approval of Proposed Class Action Settlement and Plan of Allocation; (II) Certification of Settlement Class; and (III) Approval of Notice to Settlement Class (ECF No. 60); and approved the Notice, Summary Notice, Postcard Notice, and the Claim Form.

3. Pursuant to the Preliminary Approval Order, A.B. Data is authorized to act as the Claims Administrator in connection with the Action. I submit this declaration as a supplement to my previously filed declaration, the Declaration of Kathleen Brauns Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; (C) Establishment of Settlement Website and Call Services; and (D) Report on Exclusions and Objections, dated June 29, 2026 (the "Initial Mailing Declaration," ECF No. 69-3).

## I. CONTINUED MAILING AND EMAILING OF THE POSTCARD NOTICE

4. As more fully stated in my Initial Mailing Declaration, as of June 29, 2026, A.B. Data had disseminated a total of 17,649 Postcard and Email Notices to potential Settlement Class Members, including approximately 4,890 banks, brokers, and other nominees contained in A.B. Data's proprietary database of the largest and most common banks, brokers, and other nominees

---

[1] Capitalized terms not otherwise defined herein have the same meanings as in the Stipulation and Agreement of Settlement (ECF No. 62-1).

(the "Broker Mailing Database"), and all individuals and entities subsequently identified by those banks, brokers, and nominees as potential Settlement Class Members.

5. Since the execution of the Initial Mailing Declaration, A.B. Data has sent an additional 38 Postcard and Email notices to potential Settlement Class members and their nominees. Therefore, as of the date of this declaration, an aggregate of 17,687 Postcard and Email Notices have been mailed to potential Settlement Class Members and their nominees. As detailed in the Initial Mailing Declaration, Broadridge Financial Service Solutions ("Broadridge") reported that they sent electronic copies of the Notice via email to 8,748 potential Settlement Class Members.

6. Of the 17,687 Postcard Notices sent, 30 were returned as undeliverable. A.B. Data has since re-mailed 16 Postcard Notices to persons and entities whose original mailings were returned by the U.S. Postal Service ("USPS"), and for whom updated addresses were provided to A.B. Data by the USPS or ascertained through a third-party information provider.

## II. UPDATE ON THE SETTLEMENT WEBSITE

7. A.B. Data continues to maintain the website designed and implemented for the Settlement, www.RevanceSecuritiesSettlement.com (the "Settlement Website"). Following Lead Counsel's filing of their briefing in support of the Settlement on June 29, 2026, A.B. Data posted to the Settlement Website copies of the papers in support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards.

8. A.B. Data will continue operating, maintaining and, as appropriate, updating the Settlement Website with relevant case information until the conclusion of this administration.

## III. UPDATE ON CALL CENTER SERVICES

9. A.B. Data continues to maintain the case specific, toll-free telephone helpline, (877) 507-1390, with an interactive voice response system and live operators, to respond to potential Settlement Class Members who have questions about the Action and the Settlement, such as

EC.00145131.2

requests for a Notice and Claim Form and instructions on how to complete and submit the Claim Form. A.B. Data has promptly responded to each telephone inquiry and will continue to operate and maintain the toll-free telephone helpline until the conclusion of the administration.

10. As of August 3, 2026, 36 calls had been received by the toll-free telephone helpline from potential Settlement Class Members. The total length of these calls was approximately 90 minutes. I understand all inquiries received through the toll-free telephone helpline were appropriately addressed.

11. In sum, the notice and claims processing program used in this Settlement uses customary procedures that have been widely adopted in securities class action cases, including those where A.B. Data has successfully implemented the same notice and claims processing program.

## IV. REPORT ON EXCLUSIONS AND OBJECTIONS

12. Pursuant to the Preliminary Approval Order, the Postcard Notice, Notice, Summary Notice, and Settlement Website inform potential Settlement Class Members that written requests for exclusion are to be sent to the Claims Administrator such that they are received no later than July 13, 2026. The Notice also sets forth the information that must be included in each request for exclusion. As of the date of this declaration, A.B. Data has received four (4) requests for exclusion from individual and institutional investors. In total, the requests included 181,550 shares of Revance Common Stock during the Settlement Class Period. Copies of the requests along with a summary are attached hereto as Exhibit A. In the interest of privacy, the requests for exclusion have been redacted to remove the requestor's street address, email addresses, and telephone numbers.

13. Pursuant to the Preliminary Approval Order, the Postcard Notice, Notice, Summary Notice, and Settlement Website informs Settlement Class Members wishing to object to the Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and litigation expenses that they are required to submit their objection in writing such that the request is received

or filed with the Court no later than July 13, 2026. Despite these instructions, Settlement Class Members sometimes send objections to the Claims Administrator instead. As of the date of this declaration, A.B. Data has not received any objections, and is not aware of any objections being filed with the Court.

## V. CLAIMS RECEIVED TO DATE

14. Pursuant to the Preliminary Approval Order, Claims are to be submitted no later than August 28, 2026. As of the date of this Declaration, A.B. Data has received a total of 315 Claims. As is typical in securities cases of this nature, a majority of institutional investors, brokers, and nominees file claims electronically at or near the filing deadline. Accordingly, the response rate to date is consistent with our experience in other securities class action claims administrations. As part of the claims administration process, A.B. Data will evaluate and process all Claims submitted. Claimants will have the opportunity to address any deficiencies. Once all Claims have been fully processed, quality assurance reviews conducted, and final administrative determinations made, A.B. Data will disburse the *pro rata* share of the Net Settlement Fund to Authorized Claimants, as calculated under the Plan of Allocation, via mail or wire transfer.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on August 3, 2026.


_Kathleen Brauns_
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Kathleen Brauns

# EXHIBIT A

*In re Revance Therapeutics, Inc. Securities Litigation*
Case No. 3:25-cv-0018-EJR (M.D. Tenn.)

**Timely Requests for Exclusion Received**

| Exclusion Number | Name | Received | Number of Shares |
|---|---|---|---|
| 1 | Autumnwind Limited | 07/10/2026 | Common Stock: 32,600 |
| 2 | Alexander Shamash | 07/10/2026 | Common Stock: 127,237 |
| 3 | Seane Jones | 07/14/2026 | Common Stock: 21,686 |
| 4 | Andy Samlall | 07/20/2026 | Common Stock: 27 |

# Exclusion 1
# Received: July 10, 2026

Docusign Envelope ID: 17F8BBD0-95A5-810B-8139-5DD8410DD61C





Charles H. Linehan

July 10, 2026

## VIA MAIL AND EMAIL TO

*Revance Securities Settlement*
c/o A.B. Data, Ltd.
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217
info@RevanceSecuritiesSettlement.com

Re:     Request for Exclusion from Settlement Class
        *In re Revance Therapeutics, Inc. Sec. Litig.*, No. 3:25-cv-0018 (M.D. Tenn.)

Dear Claims Administrator:

My firm, Glancy Prongay Wolke & Rotter LLP, represents Autumnwind Limited ("Autumnwind"), and its Director and Owner, Alexander Shamash. Autumnwind hereby requests exclusion from the Settlement Class in the Revance Securities Settlement. Autumnwind reserves all rights to pursue any individual claims.

Autumnwind's Information:

Name: Autumnwind Limited

Director and Owner: Alexander Shamash

Mailing Address: █████████████████████████

Telephone: █████████

Email: █████████

Relevant Transaction Information: Please see the Table of Autumnwind Limited's Settlement Class Period Transactions, enclosed.

This request for exclusion is timely and is being submitted in accordance with the Court-approved exclusion procedures. Please confirm receipt and acceptance of this exclusion in writing.

Los Angeles | San Diego | New York | www.glancylaw.com

Docusign Envelope ID: 17F8BBD0-95A5-810B-8139-5DD8410DD61C

Sincerely,



Charles H. Linehan
**GLANCY PRONGAY WOLKE & ROTTER LLP**

*Counsel for Autumnwind Limited and Alexander Shamash*

Endorsed by:

Alexander Shamash, Director and Owner
Autumnwind Limited

Enclosures: Table of Autumnwind Limited's Settlement Class Period Transactions

**Table of Autumnwind Limited's Settlement Class Period Transactions**

**Securities held as of February 29, 2024:** 0

| Security Type | Purchased During Class Period | Sold During Class Period |
|---|---|---|
| Common Stock | 32,600 | 32,600 |
| Jan 17, 2025 / $7.5 Call | 160 | 160 |

**Common Stock Transactions During Settlement Class Period**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/16/2024 | Bought | 300 | $5.6050 |
| 9/16/2024 | Bought | 100 | $5.6100 |
| 9/16/2024 | Bought | 60 | $5.6100 |
| 9/16/2024 | Bought | 200 | $5.6080 |
| 9/16/2024 | Bought | 239 | $5.6100 |
| 9/16/2024 | Bought | 100 | $5.6100 |
| 9/16/2024 | Bought | 39 | $5.6100 |
| 9/16/2024 | Bought | 40 | $5.6050 |
| 9/16/2024 | Bought | 300 | $5.6080 |
| 9/16/2024 | Bought | 200 | $5.6080 |
| 9/16/2024 | Bought | 100 | $5.6100 |
| 9/16/2024 | Bought | 22 | $5.6100 |
| 9/16/2024 | Bought | 900 | $5.6050 |
| 9/16/2024 | Bought | 200 | $5.6080 |
| 9/16/2024 | Bought | 600 | $5.6100 |
| 9/16/2024 | Bought | 900 | $5.6100 |
| 9/16/2024 | Bought | 100 | $5.6100 |
| 9/16/2024 | Bought | 200 | $5.6100 |
| 9/16/2024 | Bought | 100 | $5.6050 |
| 9/16/2024 | Bought | 100 | $5.6100 |
| 9/16/2024 | Bought | 2,600 | $5.6050 |
| 9/16/2024 | Bought | 100 | $5.6100 |
| 9/16/2024 | Sold | -100 | $6.0600 |
| 9/16/2024 | Sold | -11 | $6.0500 |
| 9/16/2024 | Sold | -100 | $6.0600 |
| 9/16/2024 | Sold | -270 | $6.0500 |
| 9/16/2024 | Sold | -100 | $6.0500 |
| 9/16/2024 | Sold | -201 | $6.0500 |
| 9/16/2024 | Sold | -100 | $6.0520 |
| 9/16/2024 | Sold | -600 | $6.0600 |
| 9/16/2024 | Sold | -2,000 | $6.0650 |
| 9/16/2024 | Sold | -300 | $6.0800 |
| 9/16/2024 | Sold | -300 | $6.0620 |
| 9/16/2024 | Sold | -118 | $6.0607 |
| 9/16/2024 | Sold | -300 | $6.0800 |
| 9/16/2024 | Sold | -3,000 | $6.1000 |
| 9/16/2024 | Bought | 2,000 | $5.9700 |
| 9/18/2024 | Sold | -100 | $6.1700 |
| 9/18/2024 | Sold | -100 | $6.1600 |
| 9/18/2024 | Sold | -200 | $6.1620 |
| 9/18/2024 | Sold | -900 | $6.1600 |
| 9/18/2024 | Sold | -100 | $6.1600 |
| 9/18/2024 | Sold | -500 | $6.1600 |
| 9/18/2024 | Sold | -100 | $6.1600 |
| 9/18/2024 | Bought | 2,000 | $6.0050 |
| 9/19/2024 | Bought | 2,000 | $5.8050 |
| 9/19/2024 | Bought | 1,000 | $5.7950 |
| 9/19/2024 | Bought | 1,000 | $5.7250 |
| 10/28/2024 | Bought | 3,000 | $5.6900 |
| 10/28/2024 | Bought | 1,000 | $5.6100 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 10/28/2024 | Bought | 200 | $5.7600 |
| 10/28/2024 | Bought | 191 | $5.7550 |
| 10/28/2024 | Bought | 300 | $5.7600 |
| 10/28/2024 | Bought | 309 | $5.7600 |
| 10/28/2024 | Bought | 191 | $5.7600 |
| 10/28/2024 | Bought | 272 | $5.7600 |
| 10/28/2024 | Bought | 537 | $5.7900 |
| 10/28/2024 | Bought | 400 | $5.5000 |
| 10/28/2024 | Bought | 1,350 | $5.5100 |
| 10/28/2024 | Bought | 250 | $5.5050 |
| 10/28/2024 | Bought | 583 | $5.6600 |
| 10/28/2024 | Bought | 50 | $5.6600 |
| 10/28/2024 | Bought | 50 | $5.6550 |
| 10/28/2024 | Bought | 317 | $5.6550 |
| 10/28/2024 | Bought | 1,156 | $5.5900 |
| 11/1/2024 | Bought | 600 | $5.6180 |
| 11/1/2024 | Bought | 5 | $5.6200 |
| 11/1/2024 | Bought | 400 | $5.6200 |
| 11/1/2024 | Bought | 395 | $5.6200 |
| 11/1/2024 | Bought | 600 | $5.6200 |
| 11/1/2024 | Bought | 100 | $5.6200 |
| 11/1/2024 | Sold | -200 | $5.8350 |
| 11/1/2024 | Sold | -500 | $5.8350 |
| 11/1/2024 | Sold | -100 | $5.8300 |
| 11/1/2024 | Sold | -800 | $5.8320 |
| 11/1/2024 | Sold | -500 | $5.8320 |
| 11/7/2024 | Bought | 2,000 | $5.0500 |
| 11/7/2024 | Bought | 1,500 | $4.7500 |
| 11/7/2024 | Bought | 1,344 | $4.6000 |
| 11/8/2024 | Sold | -89 | $5.0000 |
| 11/8/2024 | Sold | -100 | $5.0000 |
| 11/8/2024 | Sold | -100 | $5.0000 |
| 11/8/2024 | Sold | -100 | $5.0000 |
| 11/8/2024 | Sold | -1,600 | $5.0000 |
| 11/8/2024 | Sold | -50 | $5.0200 |
| 11/8/2024 | Sold | -100 | $5.0100 |
| 11/8/2024 | Sold | -100 | $5.0000 |
| 11/8/2024 | Sold | -100 | $5.0100 |
| 11/8/2024 | Sold | -510 | $5.0000 |
| 11/8/2024 | Sold | -300 | $5.0000 |
| 11/8/2024 | Sold | -1 | $5.0000 |
| 11/8/2024 | Sold | -100 | $5.0100 |
| 11/8/2024 | Sold | -50 | $5.0100 |
| 11/8/2024 | Sold | -1,700 | $5.0000 |
| 11/8/2024 | Sold | -2,000 | $5.0000 |
| 11/8/2024 | Sold | -100 | $5.0000 |
| 11/8/2024 | Sold | -100 | $5.0000 |
| 11/8/2024 | Sold | -1,746 | $5.0000 |
| 11/8/2024 | Sold | -100 | $5.0000 |
| 11/8/2024 | Sold | -500 | $5.0100 |
| 11/8/2024 | Sold | -1,354 | $5.0000 |
| 11/8/2024 | Sold | -100 | $5.0000 |
| 11/8/2024 | Sold | -1,398 | $5.0000 |
| 11/8/2024 | Sold | -100 | $5.0000 |
| 11/8/2024 | Sold | -1 | $5.0000 |
| 11/8/2024 | Sold | -500 | $5.0100 |
| 11/8/2024 | Sold | -100 | $5.0000 |
| 11/8/2024 | Sold | -100 | $5.0000 |
| 11/8/2024 | Sold | -264 | $5.0000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/8/2024 | Sold | -2 | $5.0000 |
| 11/8/2024 | Sold | -30 | $5.0000 |
| 11/8/2024 | Sold | -5 | $5.0000 |
| 11/8/2024 | Sold | -2,500 | $5.0000 |
| 11/19/2024 | Sold | -17 | $3.7650 |
| 11/19/2024 | Sold | -1,900 | $3.7500 |
| 11/19/2024 | Sold | -772 | $3.7500 |
| 11/19/2024 | Sold | -100 | $3.7500 |
| 11/19/2024 | Sold | -100 | $3.7500 |
| 11/19/2024 | Sold | -100 | $3.7500 |
| 11/19/2024 | Sold | -200 | $3.7500 |
| 11/19/2024 | Sold | -100 | $3.7500 |
| 11/19/2024 | Sold | -100 | $3.7500 |
| 11/19/2024 | Sold | -12 | $3.7500 |
| 11/19/2024 | Sold | -100 | $3.7500 |
| 11/19/2024 | Sold | -1,499 | $3.7500 |

**Options Transactions During Settlement Class Period**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 10/28/2024 | Sold to Open | Call | Jan 17, 2025 / $7.5 | -160 | $0.0500 |
| 11/19/2024 | Bought to Close | Call | Jan 17, 2025 / $7.5 | 160 | $0.1000 |

# Exclusion 2
# Received: July 10, 2026

Docusign Envelope ID: 0688BE3A-A1CD-8D63-81B6-D5F5B5E35E56

**GLANCY
PRONGAY
WOLKE &
ROTTER**

Charles H. Linehan


July 10, 2026

**VIA MAIL AND EMAIL TO**

*Revance Securities Settlement*
c/o A.B. Data, Ltd.
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217
info@RevanceSecuritiesSettlement.com

Re:    Request for Exclusion from Settlement Class
       *In re Revance Therapeutics, Inc. Sec. Litig.*, No. 3:25-cv-0018 (M.D. Tenn.)

Dear Claims Administrator:

My firm, Glancy Prongay Wolke & Rotter LLP, represents Alexander Shamash ("Shamash"). Shamash hereby requests exclusion from the Settlement Class in the Revance Securities Settlement. Shamash reserves all rights to pursue any individual claims.

Shamash's Information:

Name: Alexander Shamash

Mailing Address: ███████████████████████████████████

Telephone: ██████████

Email: ████████████

Relevant Transaction Information: Please see the Table of Alexander Shamash's Settlement Class Period Transactions, enclosed.

Shamash submitted a Proof of Claim and Release ("Claim") in connection with the Revance Securities Settlement on or about June 6, 2026. The Claim Number is ████████. Given that Shamash has decided to exclude himself from the Revance Securities Settlement, Shamash is concurrently submitting a withdrawal of his Claim in a separate letter.

This request for exclusion is timely and is being submitted in accordance with the

Los Angeles | San Diego | New York | www.glancylaw.com

Docusign Envelope ID: 0688BE3A-A1CD-8D63-81B6-D5F5B5E35E56

Court-approved exclusion procedures. Please confirm receipt and acceptance of this exclusion in writing.

Sincerely,



Charles H. Linehan
**GLANCY PRONGAY WOLKE & ROTTER LLP**

*Counsel for Alexander Shamash*

Endorsed by:

Alexander Shamash

Enclosures: Table of Alexander Shamash's Settlement Class Period Transactions

Los Angeles | San Diego | New York | www.glancylaw.com

Case 3:25-cv-00018    Document 72    Filed 08/03/26    Page 16 of 25 PageID #: 2747

Docusign Envelope ID: 0688BE3A-A1CD-8D63-81B6-D5F5B5E35E56

**Table of Alexander Shamash's Settlement Class Period Transactions**

**Securities held as of February 29, 2024:**                    0

| Security Type | Purchased During Class Period | Sold During Class Period |
|---|---|---|
| Common Stock | 127,237 | 127,237 |
| Aug 16, 2024 / $2.5 Call | 100 | 100 |
| Aug 16, 2024 / $5 Call | 1 | 1 |
| Aug 16, 2024 / $7.5 Call | 0 | 88 |
| Jan 17, 2025 / $2.5 Call | 600 | 0 |
| Jan 17, 2025 / $5 Call | 95 | 95 |
| Jan 17, 2025 / $2.5 Put | 150 | 0 |
| Jan 17, 2025 / $5 Put | 14 | 300 |
| Jan 17, 2025 / $7.5 Call | 600 | 600 |
| Dec 20, 2024 / $2.5 Put | 86 | 0 |

**Common Stock Transactions During Settlement Class Period**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/12/2024 | Bought | 25,000 | $6.5000 |
| 8/12/2024 | Sold | -25,000 | $6.5900 |
| 8/16/2024 | Bought | 10,000 | $2.5000 |
| 8/16/2024 | Bought | 100 | $5.0000 |
| 11/8/2024 | Bought | 2,137 | $3.7280 |
| 11/8/2024 | Bought | 400 | $3.7250 |
| 11/8/2024 | Bought | 1,000 | $3.7450 |
| 11/8/2024 | Sold | -7,537 | $5.0000 |
| 11/8/2024 | Sold | -10,100 | $5.0000 |
| 11/15/2024 | Bought | 5,000 | $5.0000 |
| 11/19/2024 | Sold | -1,000 | $3.9550 |
| 12/9/2024 | Bought | 4,700 | $5.0000 |
| 12/12/2024 | Bought | 7,500 | $5.0000 |
| 12/27/2024 | Bought | 11,400 | $5.0000 |
| 1/6/2025 | Bought | 50,500 | $2.5000 |
| 1/6/2025 | Sold | -500 | $3.5000 |
| 1/6/2025 | Sold | -1,400 | $3.5200 |
| 1/6/2025 | Sold | -8,600 | $3.5000 |
| 1/6/2025 | Sold | -23,600 | $3.4702 |
| 1/6/2025 | Sold | -40,000 | $3.5000 |
| 1/8/2025 | Bought | 9,500 | $2.5000 |
| 1/8/2025 | Sold | -9,500 | $3.4018 |

**Options Transactions During Settlement Class Period**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 8/12/2024 | Bought to Open | Call | Aug 16, 2024 / $2.5 | 100 | $4.0000 |
| 8/12/2024 | Bought to Open | Call | Aug 16, 2024 / $5 | 1 | $1.5000 |
| 8/12/2024 | Sold to Open | Call | Aug 16, 2024 / $7.5 | -88 | $0.0500 |
| 8/16/2024 | Exercised | Call | Aug 16, 2024 / $2.5 | -100 | $0.0000 |
| 8/16/2024 | Exercised | Call | Aug 16, 2024 / $5 | -1 | $0.0000 |
| 8/16/2024 | Expired | Call | Aug 16, 2024 / $7.5 | 88 | $0.0000 |
| 9/13/2024 | Sold to Open | Put | Jan 17, 2025 / $5 | -1 | $0.1000 |
| 9/16/2024 | Bought to Open | Call | Jan 17, 2025 / $2.5 | 600 | $4.0000 |
| 9/16/2024 | Sold to Open | Put | Jan 17, 2025 / $5 | -299 | $0.1000 |
| 9/16/2024 | Sold to Open | Call | Jan 17, 2025 / $7.5 | -29 | $0.0500 |
| 9/16/2024 | Sold to Open | Call | Jan 17, 2025 / $7.5 | -19 | $0.0500 |
| 9/16/2024 | Sold to Open | Call | Jan 17, 2025 / $7.5 | -5 | $0.0500 |
| 9/16/2024 | Sold to Open | Call | Jan 17, 2025 / $7.5 | -23 | $0.0500 |
| 9/16/2024 | Sold to Open | Call | Jan 17, 2025 / $7.5 | -75 | $0.0500 |
| 9/16/2024 | Sold to Open | Call | Jan 17, 2025 / $7.5 | -57 | $0.0500 |
| 9/16/2024 | Sold to Open | Call | Jan 17, 2025 / $7.5 | -233 | $0.0500 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 9/16/2024 | Sold to Open | Call | Jan 17, 2025 / $7.5 | -22 | $0.0500 |
| 9/16/2024 | Sold to Open | Call | Jan 17, 2025 / $7.5 | -50 | $0.0500 |
| 9/16/2024 | Sold to Open | Call | Jan 17, 2025 / $7.5 | -87 | $0.0500 |
| 11/15/2024 | Assigned | Put | Jan 17, 2025 / $5 | 50 | $0.0000 |
| 11/19/2024 | Bought to Open | Put | Dec 20, 2024 / $2.5 | 25 | $0.3000 |
| 11/19/2024 | Bought to Open | Put | Dec 20, 2024 / $2.5 | 25 | $0.3000 |
| 11/19/2024 | Bought to Open | Put | Dec 20, 2024 / $2.5 | 25 | $0.3000 |
| 11/19/2024 | Bought to Open | Put | Dec 20, 2024 / $2.5 | 8 | $0.3000 |
| 11/19/2024 | Bought to Open | Put | Dec 20, 2024 / $2.5 | 2 | $0.3000 |
| 11/19/2024 | Bought to Open | Put | Dec 20, 2024 / $2.5 | 1 | $0.3000 |
| 11/19/2024 | Bought to Open | Put | Jan 17, 2025 / $2.5 | 23 | $0.4700 |
| 11/19/2024 | Bought to Open | Put | Jan 17, 2025 / $2.5 | 23 | $0.4700 |
| 11/19/2024 | Bought to Open | Put | Jan 17, 2025 / $2.5 | 37 | $0.4600 |
| 11/19/2024 | Bought to Open | Put | Jan 17, 2025 / $2.5 | 38 | $0.4600 |
| 11/19/2024 | Bought to Open | Put | Jan 17, 2025 / $2.5 | 13 | $0.4600 |
| 11/19/2024 | Bought to Open | Put | Jan 17, 2025 / $2.5 | 12 | $0.4600 |
| 11/19/2024 | Bought to Open | Put | Jan 17, 2025 / $2.5 | 4 | $0.4500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -10 | $0.5500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -1 | $0.5500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -8 | $0.5500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -5 | $0.5500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -6 | $0.5500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -4 | $0.5500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -9 | $0.5500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -7 | $0.5500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -8 | $0.5500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -2 | $0.5500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -6 | $0.5500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -7 | $0.5500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -8 | $0.5500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -4 | $0.5500 |
| 11/19/2024 | Sold to Open | Call | Jan 17, 2025 / $5 | -10 | $0.5500 |
| 11/19/2024 | Bought to Close | Put | Jan 17, 2025 / $5 | 14 | $1.6300 |
| 11/19/2024 | Bought to Close | Call | Jan 17, 2025 / $7.5 | 299 | $0.0500 |
| 11/19/2024 | Bought to Close | Call | Jan 17, 2025 / $7.5 | 1 | $0.0500 |
| 11/19/2024 | Bought to Close | Call | Jan 17, 2025 / $7.5 | 5 | $0.0500 |
| 11/19/2024 | Bought to Close | Call | Jan 17, 2025 / $7.5 | 295 | $0.0500 |
| 12/9/2024 | Assigned | Put | Jan 17, 2025 / $5 | 47 | $0.0000 |
| 12/12/2024 | Assigned | Put | Jan 17, 2025 / $5 | 75 | $0.0000 |
| 12/20/2024 | Expired | Put | Dec 20, 2024 / $2.5 | -86 | $0.0000 |
| 12/27/2024 | Assigned | Put | Jan 17, 2025 / $5 | 114 | $0.0000 |
| 1/6/2025 | Exercised | Call | Jan 17, 2025 / $2.5 | -505 | $0.0000 |
| 1/8/2025 | Exercised | Call | Jan 17, 2025 / $2.5 | -95 | $0.0000 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 22 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 16 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 39 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/8/2025 | Bought to Close | Call | Jan 17, 2025 / $5 | 1 | $0.0500 |
| 1/17/2025 | Expired | Put | Jan 17, 2025 / $2.5 | -150 | $0.0000 |

# Exclusion 3
## Received: July 14, 2026

July 8, 2026

**VIA FIRST-CLASS MAIL**
Revance Securities Settlement
c/o A.B. Data, Ltd.
EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

> **Re:** **In re Revance Therapeutics, Inc. Securities Litigation, Case No. 3:25-CV-00018-EJR (M.D. Tenn.) – Request for Exclusion from Settlement Class**

To Whom It May Concern:

I, Seane Jones, hereby request exclusion from the Settlement Class in the Revance Securities Settlement. In accordance with the requirements set forth in the Notice, I provide the following information regarding my transactions in Revance Therapeutics, Inc. ("Revance") securities during the Settlement Class Period (February 29, 2024 through February 6, 2025):

1. Shares held as of the beginning of the Settlement Class Period (February 29, 2024): 11,686

2. Purchases/acquisitions of Revance common stock during the Settlement Class Period:

| Date of Purchase/Acquisition | Number of Shares | Price Per Share |
|---|---|---|
| June 13, 2024 | 10,000 | $3.14 |

3. Sales of Revance common stock during the Settlement Class Period: None

My contact information is as follows:

Name: Seane Jones
Address: ███████████████     ███████████████
Telephone: ███████████████

I understand that, by submitting this request, I am excluding myself from the Settlement Class, will not be eligible to receive any payment from the Settlement, and will not be bound by the Judgment entered in this Action.

_____
Seane Jones

Date: _July 8, 2026_____

# Exclusion 4
## Received: July 20, 2026

To Whom It May Concern:

I hereby request to be excluded from the Settlement Class in the **Revance Securities Settlement**. I do not wish to participate in the settlement and request that I be excluded from any judgment or settlement entered in this action.

My identifying information is as follows:

- Name: Andy Samlall
- Address:
- Telephone:
- Email:

Thank you for processing my request.

Sincerely,

Andy Samlall



Hello.

I bought and sold RVNC stock on the following dates:

Jan 9th 2024: bought 7 shares at 6.99 USD each. It also included a 1.365827 exchange rate. Total was $66.82 CAD

Jan 10th 2024: bought 20 shares at 6.84 USD each. It included a 1.363687 exchange fee. The total cost was $186.53 CAD

Jan 11th 2024: sold all 27 shares for 230.25 CAD. 6.47 USD per share with a 1.315945 exchange rate



Andy Samlall

Revance Securities Settlement Exclusions
c/o A.B. Data. Ltd.
P.O. Box 173001
Milwaukee, WI 53217
USA

